**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/22**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Janet** <br> First name <br><br> **Leah** <br> Middle name <br><br> **Mahoney** <br> Last name and Suffix (Sr., Jr., II, III) | First name <br><br> Middle name <br><br> Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** <br><br> Include your married or maiden names and any assumed, trade names and *doing business as* names. <br><br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **JANET MILOT** <br> **JANET LITTLE** <br> **JANET HALPIN** <br> **DBA  ARETE REHAB INC** <br> **DBA  ORTHOTIC WORX, LLC** <br> **DBA  REHAB 365** | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-1499** | |

1/18/24  3:24PM

Debtor 1   **Janet Leah Mahoney**                                  Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | _____<br>EIN | _____<br>EIN |

**5. Where you live**

**16623 W RIVER ROAD**
**Inglis, FL 34449**
Number, Street, City, State & ZIP Code

**Citrus**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

**7805 W MISS MAGGIE DR**
**Homosassa, FL 34448**
Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1    **Janet Leah Mahoney**                                    Case number *(if known)*
_____                      _____

| Part 2: | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.    The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8.    How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.    Have you filed for bankruptcy within the last 8 years?**

☑ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10.    Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes.

| Debtor | | Relationship to you | |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |
| Debtor | | Relationship to you | |
| District | _____ When _____ | Case number, if known | _____ |

**11.    Do you rent your residence?**

☑ No.    Go to line 12.
☐ Yes.    Has your landlord obtained an eviction judgment against you?

   ☐    No. Go to line 12.

   ☐    Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Janet Leah Mahoney**                                    Case number *(if known)*

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.    Go to Part 4.

□ Yes.    Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

□ Health Care Business (as defined in 11 U.S.C. § 101(27A))

□ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

□ Stockbroker (as defined in 11 U.S.C. § 101(53A))

□ Commodity Broker (as defined in 11 U.S.C. § 101(6))

□ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S. C. § 1182(1)?**
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

□ No.    I am not filing under Chapter 11.

□ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

□ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

■ Yes.    I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

□ Yes.    What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number, Street, City, State & Zip Code

1/18/24 3:24PM

Debtor 1    **Janet Leah Mahoney**

Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---------|------|

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  __Janet Leah Mahoney__                                    Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☑ No.  I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

__/s/ Janet Leah Mahoney__

__Janet Leah Mahoney__
Signature of Debtor 1

_____
Signature of Debtor 2

Executed on  __January 18, 2024__
MM / DD / YYYY

Executed on  _____
MM / DD / YYYY

1/18/24  3:24PM

Debtor 1    **Janet Leah Mahoney**

Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Richard A. Perry**                                     Date    **January 18, 2024**

Signature of Attorney for Debtor                                    MM / DD / YYYY

**Richard A. Perry 394520**
Printed name

**RICHARD A. PERRY P.A.**
Firm name

**820 EAST FORT KING STREET**
**Ocala, FL 34471-2320**
Number, Street, City, State & ZIP Code

Contact phone    **352-732-2299**                    Email address    **richard@rapocala.com**

**394520 FL**
Bar number & State

---

Official Form 101                    **Voluntary Petition for Individuals Filing for Bankruptcy**                    page 7

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Janet Leah Mahoney** |
| | First Name · Middle Name · Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name · Middle Name · Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

## B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders  12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**   List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

|  | | Unsecured claim |
|---|---|---|

**1**

**BETHANY LASELLA**
**500 OCEAN AVE**
**APT 444**
**Revere, MA 02151**

What is the nature of the claim?  **JUDGMENT**   $90,150.30

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

_____

Contact

_____

Contact phone

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security:  -  _____
  Unsecured claim    _____

**2**

**BRIDGE CAPITAL-NEWCO CAP**
**25 ROBERT PITT DR STE 204**
**Monsey, NY 10952-3366**

What is the nature of the claim?  **LOAN FOR ARETE REHABILITATION INC**   $128,431.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

_____

Contact

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   _____

Debtor 1 **Janet Leah Mahoney** _____  Case number *(if known)* _____

_____

Contact phone

Value of security:                                     - _____
Unsecured claim                                          _____

---

| 3 | | | | |
|---|---|---|---|---|

**DELTA BRIDGE FUNDING**
**400 RELLA BLVD # 165 - 01**
**Suffern, NY 10901**

**What is the nature of the claim?**    **LOAN FOR ARETE**    **$169,537.00**
                                         **REHABILITATION INC**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Value of security:                                     - _____

_____

Contact

_____

Contact phone

Unsecured claim                                          _____

---

| 4 | | | | |
|---|---|---|---|---|

**DEPARTMENT OF THE**
**TREASURY**
**BUREAU OF THE FISCAL**
**SERVICE**
**P.O. BOX 830794**
**Birmingham, AL 35283-0794**

**What is the nature of the claim?**    **LOAN FOR ARETE**    **$37,812.16**
                                         **REHABILITATION INC**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Value of security:                                     - _____

_____

Contact

_____

Contact phone

Unsecured claim                                          _____

---

| 5 | | | | |
|---|---|---|---|---|

**EIDL - SBA**
**409 3RD ST SW**
**Washington, DC 20416**

**What is the nature of the claim?**    **LOAN**    **$505,000.00**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Value of security:                                     - _____

_____

Contact

_____

Contact phone

Unsecured claim                                          _____

---

| 6 | | | | |
|---|---|---|---|---|

**HEADWAY CAPITAL**
**175 W JACKSON BLVD STE 1000**
**Chicago, IL 60604**

**What is the nature of the claim?**    **LOAN FOR ARETE**    **$62,500.00**
                                         **REHABILITATION INC**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

---

Debtor 1 __Janet Leah Mahoney__    Case number *(if known)* _____

- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: - _____
  - Unsecured claim _____

Contact _____

Contact phone _____

---

**7**

**INDEPENDENCE BANK
1370 S COUNTY TRL
East Greenwich, RI 02818**

What is the nature of the claim?    **LOAN FOR ARETE REHABILITATION INC**    $26,489.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: - _____
  - Unsecured claim _____

Contact _____

Contact phone _____

---

**8**

**IOU FINANCIAL
600 Townpark Ln Suite 100
Kennesaw, GA 30144**

What is the nature of the claim?    **JUDGMENT**    $126,230.91

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: - _____
  - Unsecured claim _____

Contact _____

Contact phone _____

---

**9**

**NH DEPARTMENT OF LABOR
95 PLEASANT ST
Concord, NH 03301**

What is the nature of the claim?    **DISCRIMINATION CLAIM FOR ARETE REHABILITATION INC**    $70,000.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)

Contact _____

---

Debtor 1    **Janet Leah Mahoney**                          Case number *(if known)* _____

_____                              Value of security:                    - _____
Contact phone                                Unsecured claim                         _____

---

| **10** | **ON DECK CAPITAL INC** | What is the nature of the claim? | **LOAN FOR ARETE REHABILITATION INC** | $51,190.00 |

**ON DECK CAPITAL INC**
**1400 BROADWAT FL 25**
**New York, NY 10018**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:          - _____
   Unsecured claim              _____

_____
Contact

_____
Contact phone

---

| **11** | **PARK PLACE REALTY** | What is the nature of the claim? | **RENTS FOR ARETE REHABILITATION INC** | $85,162.53 |

**PARK PLACE REALTY**
**23 STILES RD**
**Salem, NH 03079**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:          - _____
   Unsecured claim              _____

_____
Contact

_____
Contact phone

---

| **12** | **PIRS CAPITAL LLC** | What is the nature of the claim? | **LOAN FOR ARETE REHABILITATION INC** | $380,605.00 |

**PIRS CAPITAL LLC**
**40 EXCHANGE PL**
**New York, NY 10005**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:          - _____
   Unsecured claim              _____

_____
Contact

_____
Contact phone

---

| **13** | **PIRS CAPITAL LLC** | What is the nature of the claim? | **LOAN FOR ARETE REHABILITATION INC** | $39,293.00 |

**PIRS CAPITAL LLC**
**40 EXCHANGE PL**

---

Debtor 1   **Janet Leah Mahoney** _____   Case number *(if known)* _____

**New York, NY 10005**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: ─ _____
  - Unsecured claim _____

Contact _____

Contact phone _____

---

| 14 | | |
|---|---|---|

**SBA**
**1441 L STREET NW**
**Washington, DC 20416**

**What is the nature of the claim?**   **LOAN FOR ARETE REHABILITATION INC**   $28,448.00

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: ─ _____
  - Unsecured claim _____

Contact _____

Contact phone _____

---

| 15 | | |
|---|---|---|

**What is the nature of the claim?**   **16623 W RIVER ROAD Inglis, FL 34449 Citrus County Parcel ID: 16E17S05 4A000 0060 HOME CURRENTLY UNINHABITABLE DUE TO FLOOD DAMAGE SUSTAINED DURING**

**SELECT PORTFOLIO SERVICING BANKRUPTCY DEPT PO BOX 65250 Salt Lake City, UT 84165-0025**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ☐ No
- ■ Yes. Total claim (secured and unsecured)   $534,225.73
  - Value of security: ─ $503,970.00
  - Unsecured claim   $30,255.73

Contact _____

Contact phone _____

---

| 16 | | |
|---|---|---|

**SHRINA SHAH**
**11 OVERLOOK RIDGE DR**

**What is the nature of the claim?**   **JUDGMENT**   $70,851.36

---

Debtor 1    **Janet Leah Mahoney**       Case number *(if known)* _____

Revere, MA 02151

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
       Value of security:    - _____
       Unsecured claim

Contact

Contact phone

---

**17**

**STEVEN SHERER**
**340 CENTRAL DR**
**Lansdale, PA 19446**

**What is the nature of the claim?**    **BUSINESS DEBT FOR ARETE REHABILITATION INC**    **$203,769.00**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
       Value of security:    - _____
       Unsecured claim

Contact

Contact phone

---

**18**

**UNIQUE FUNDING SOLUTIONS LLC**
**71 S CENTRAL AVE**
**Valley Stream, NY 11580**

**What is the nature of the claim?**    **LOAN FOR ARETE REHABILITATION INC**    **$57,182.00**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
       Value of security:    - _____
       Unsecured claim

Contact

Contact phone

---

**19**

**UNITED HEALTH CARE**
**PO BOX 1459**
**Minneapolis, MN 55440**

**What is the nature of the claim?**    **HEALTH CARE FOR ARETE REHABILITATION INC**    **$44,000.00**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Debtor 1   **Janet Leah Mahoney** _____   Case number *(if known)* _____

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)

_____ Contact

Value of security:  - _____

_____ Contact phone

Unsecured claim     _____

---

| **20** | | | |

**WORLD BUSINESS LENDERS**
**2141 Kirkwood Blvd #130**
**Southlake, TX 76092**

**What is the nature of the claim?**     **26 ARLINGTON ST**     $295,877.19
**Amesbury, MA 01913**
**Essex County**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

☐ No

■ Yes. Total claim (secured and unsecured)     **$541,877.19**

_____ Contact

Value of security:  - **$420,000.00**

_____ Contact phone

Unsecured claim     **$295,877.19**

---

**Part 2:   Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X **/s/ Janet Leah Mahoney** _____     X _____
**Janet Leah Mahoney**
Signature of Debtor 1     Signature of Debtor 2

Date **January 18, 2024** _____     Date _____

1/18/24  3:24PM

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Janet Leah Mahoney** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:  Summarize Your Assets**

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B)<br> 1a. Copy line 55, Total real estate, from Schedule A/B.............................................. | $ 923,970.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B.................................. | $ 341,243.99 |
| 1c. Copy line 63, Total of all property on Schedule A/B.......................................... | $ 1,265,213.99 |

**Part 2:  Summarize Your Liabilities**

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br> 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 1,327,976.88 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br> 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.......................... | $ 2,298,400.44 |
| **Your total liabilities** | $ 3,626,377.32 |

**Part 3:  Summarize Your Income and Expenses**

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br> Copy your combined monthly income from line 12 of *Schedule I*.................................................................. | $ 6,860.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br> Copy your monthly expenses from line 22c of *Schedule J*........................................................................ | $ 7,445.00 |

**Part 4:  Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7.  **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

1/18/24  3:24PM

Debtor 1    **Janet Leah Mahoney**                                          Case number *(if known)* _____

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

1/18/24  3:24PM

**Fill in this information to identify your case and this filing:**

| Debtor 1 | **Janet Leah Mahoney** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes.  Where is the property?

---

**1.1**

**16623 W RIVER ROAD**
Street address, if available, or other description

**Inglis**          **FL**   **34449-0000**
City                State    ZIP Code

**Citrus**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Parcel ID: 16E17S05 4A000 0060**
**HOME CURRENTLY UNINHABITABLE DUE TO FLOOD DAMAGE SUSTAINED DURING HURRICANE IDALIA**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$503,970.00** | **$503,970.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**SOLE OWNER**

☐ Check if this is community property (see instructions)

---

Debtor 1    **Janet Leah Mahoney**                                                    Case number *(if known)*

**If you own or have more than one, list here:**

1.2

**26 ARLINGTON ST**
Street address, if available, or other description

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Amesbury              MA      01913-0000**
City                          State      ZIP Code

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $420,000.00 | $420,000.00 |

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

**SOLE OWNER**

**Essex**
County

**Other information you wish to add about this item, such as local property identification number:**

☐ **Check if this is community property** (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................................................=>    | $923,970.00 |

| **Part 2:** | **Describe Your Vehicles** |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

3.1  Make:     **JEEP**
Model:    **WRANGLER**
Year:     **2020**
Approximate mileage:        **55,000**
Other information:

**VIN: 1C4HJXDG7MW505469**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $33,000.00 | $33,000.00 |

3.2  Make:     **HONDA**
Model:    **PASSPORT**
Year:     **2020**
Approximate mileage:
Other information:

**VIN: 5FNYF7H50LB002072**

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $30,000.00 | $15,000.00 |

Debtor 1    **Janet Leah Mahoney**                                        Case number *(if known)* _____

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
■ Yes

| 4.1 | Make: | **SCARAB** |
|-----|-------|------------|
|     | Model: | **GHOST˙ 165** |
|     | Year: | **2019** |

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
   (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**

Other information:
**BOAT WAS DAMAGED IN FLOOD AND MAY HAVE SUSTAINED DAMAGE TO ENGINE.**

                                                                    **Unknown**                    **Unknown**

**5** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>        **$48,000.00**

**Part 3:    Describe Your Personal and  Household Items**

Do you own or have any legal or equitable interest in any of the following items?                    **Current value of the portion you own?**
                                                                                                     Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes.  Describe.....

| **FIVE REFRIGERATORS, THREE FREEZERS, FIVE STOVES, THREE WASHING MACHINES, ONE CLOTHES DRYER, ONE VACCUM CLEANER, TWO SOFAS, ONE DINNING ROOM SET, ONE BED, TWO DRESSERS, ONE PATO SET, FOUR LAMPS. ONE CLOCK, 10 FRAMED PICTURES, TWO END TABLES, TWO NIGHTSANDS, TWO SMALL KITCKEN APPLIANCES, ONE GAS GRILLE; COOKWARE, DISHWARE, GLASSWARE, GLATWARE, AND UTENSILS FOR SERVING EIGHT.** | **$2,500.00** |

**7. Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes.  Describe.....

| **ONE TELEVISION AND ONE CELLPHONE** | **$50.00** |

**8. Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
■ No
☐ Yes.  Describe.....

**9. Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☐ No
■ Yes.  Describe.....

Debtor 1    **Janet Leah Mahoney**                                    Case number *(if known)* _____

| TWO KAYAKS AND ONE SEWING MACHINE | $600.00 |

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ☐ No
   ■ Yes. Describe.....

| 9MM PISTOL | $100.00 |

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ■ No
   ☐ Yes. Describe.....

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes. Describe.....

| COSTUME JEWELERY | $10.00 |

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☐ No
   ■ Yes. Describe.....

| THREE DOGS. (NO MONETARY VALUE, HOWEVER, HOLD PRICELESS EMOTIONAL VALUE) | $0.00 |

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................   | $3,260.00 |

| Part 4: | Describe Your Financial Assets |

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ■ No
   ☐ Yes.........................................................................................

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes........................

   Institution name:

   17.1.    **CHECKING**    **CONSUMERS CREDIT UNION ACCT# 3945**    $11,651.52

Debtor 1    **Janet Leah Mahoney**                                    Case number *(if known)*

|  | | |
|---|---|---|
| 17.2. **SAVINGS** | **CONSUMERS CREDIT UNION**<br>**ACCT # 3937** | **$217.47** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☐ No
    ■ Yes..................                Institution or issuer name:

          **ETRADE / MORGAN STANLEY**
          **ACCT# 7204**

          **PUBLICLY TRADED STOCKS**                                **$2,200.00**

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them...................
          Name of entity:                                % of ownership:

      **REHAB 365 INC**

      **EIN: 92-2295836**                         **100** %              **Unknown**

      **ARETE REHABILITATION INC**
      **CLOSED 04/21/23 DUE TO FINANCIAL**
      **INSOLVENCY (DEFUNCT)**

      **EIN: 46-4207402**                         **100** %              **Unknown**

      **ORTHOTIC WORX, LLC**

      **EIN: 87-1963548**

      **SOLE ASSET IS RESIDENTIAL HOME LOCATED**
      **AT 7805 W MISS MAGGIE DR, HOMOSASSA, FL**
      **34448.**

      **CITRUS COUNTY Parcel ID: 17E20S25 42000**
      **0160**                                     **100** %             **$173,360.00**

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
          Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.
          Type of account:                       Institution name:

      **PENSION**                           **SHEET METAL WORERS UNION PAYMENT**
                    **FROM DECEASED HUSBAND**                **Unknown**

Debtor 1    **Janet Leah Mahoney**                                                      Case number *(if known)*

---

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
- ■ No
- ☐ Yes. ....................                                    Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
- ■ No
- ☐ Yes.............        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
- ■ No
- ☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
- ■ No
- ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
- ■ No
- ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
- ■ No
- ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
- ■ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ■ No
- ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
- ■ No
- ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ■ No
- ☐ Yes. Name the insurance company of each policy and list its value.
Company name:                          Beneficiary:                          Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
- ■ No
- ☐ Yes.  Give specific information...

Debtor 1   **Janet Leah Mahoney**                                      Case number *(if known)*

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**...............................................................................................................

    **$187,428.99**

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☐ No. Go to Part 6.
    ■ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
    ☐ No
    ■ Yes.  Describe.....

> **DEBTOR IS STILL OWED MONEY FROM WRIGHT INSURANCE COMPANY FOR FLOOD DAMAGE SUSTAINED ON HOMSTEAD DURING HURRICANE IDALIA. THE TOTAL CLAIM THAT WILL BE PAID OUT BY IS APPROXIMATLEY $244,000.00, WITH APPROXIMATLEY $141,000.00 BEING PAID OUT AT THE TIME THE PETITION IS FILED.**
>
> **THE COMPANY PAYING OUT THIS CLAIM IS TOTAL WRIGHT FLOOD INSURANCE**

**$102,555.00**

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    ■ No
    ☐ Yes.  Describe.....

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    ■ No
    ☐ Yes.  Describe.....

41. **Inventory**
    ■ No
    ☐ Yes.  Describe.....

42. **Interests in partnerships or joint ventures**
    ■ No
    ☐ Yes.  Give specific information about them...................
               Name of entity:                          % of ownership:

Debtor 1    **Janet Leah Mahoney**                                            Case number *(if known)*

---

43. **Customer lists, mailing lists, or other compilations**

    ■ No.

    ☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

        ■ No
        ☐ Yes.  Describe.....

44. **Any business-related property you did not already list**

    ■ No
    ☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**................................................................................................................ | **$102,555.00**

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

    ■ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ..................................... | **$0.00**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** ...................................................................................................... | | **$923,970.00**

56. **Part 2: Total vehicles, line 5** | **$48,000.00** |
57. **Part 3: Total personal and household items, line 15** | **$3,260.00** |
58. **Part 4: Total financial assets, line 36** | **$187,428.99** |
59. **Part 5: Total business-related property, line 45** | **$102,555.00** |
60. **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** |
61. **Part 7: Total other property not listed, line 54** + | **$0.00** |

62. **Total personal property.** Add lines 56 through 61... | **$341,243.99**    Copy personal property total  ⟶ | **$341,243.99**

63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | **$1,265,213.99**

1/18/24  3:24PM

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **Janet Leah Mahoney** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number
(if known)

☐ Check if this is an
   amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt

**4/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **16623 W RIVER ROAD Inglis, FL 34449  Citrus County Parcel ID: 16E17S05 4A000 0060 HOME CURRENTLY UNINHABITABLE DUE TO FLOOD DAMAGE SUSTAINED DURING HURRICANE IDALIA**<br>Line from *Schedule A/B*: **1.1** | $503,970.00 | ■ | $0.00 | **Fla. Const. Art. X, § 4(a)(1); Fla Stat Ann Secs. 222.01 & 222.02** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2020 JEEP WRANGLER 55,000 miles VIN: 1C4HJXDG7MW505469**<br>Line from *Schedule A/B*: **3.1** | $33,000.00 | ■ | $1,000.00 | **Fla. Stat. Ann. § 222.25(1)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **FIVE REFRIGERATORS, THREE FREEZERS, FIVE STOVES, THREE WASHING MACHINES, ONE CLOTHES DRYER, ONE VACCUM CLEANER, TWO SOFAS, ONE DINNING ROOM SET, ONE BED, TWO DRESSERS, ONE PATO SET, FOUR LAMPS. ONE CLOCK, 10 FRAMED PICTURES, TWO END TABLES, TWO NIGHTSANDS,**<br>Line from *Schedule A/B*: **6.1** | $2,500.00 | ■ | $1,000.00 | **Fla. Const. Art. X, § 4(a)(2)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Debtor 1   **Janet Leah Mahoney**                                          Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **PENSION: SHEET METAL WORERS UNION PAYMENT FROM DECEASED HUSBAND**<br>Line from *Schedule A/B*: **21.1** | **Unknown** | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.21(2)** |
| **DEBTOR IS STILL OWED MONEY FROM WRIGHT INSURANCE COMPANY FOR FLOOD DAMAGE SUSTAINED ON HOMSTEAD DURING HURRICANE IDALIA. THE TOTAL CLAIM THAT WILL BE PAID OUT BY IS APPROXIMATLEY $244,000.00, WITH APPROXIMATLEY $141,000.00 BEING PAID OUT AT THE TIME THE PE**<br>Line from *Schedule A/B*: **38.1** | **$102,555.00** | ■ $102,555.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. Art. X, § 4(a)(1); Fla Stat Ann Secs. 222.01 & 222.02** |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Janet Leah Mahoney** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property      **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | Amount of claim Do not deduct the value of collateral. | Value of collateral that supports this claim | Unsecured portion If any |

| **2.1** | **ALLY BANK** | Describe the property that secures the claim: | **$38,904.00** | **$30,000.00** | **$8,904.00** |
|---|---|---|---|---|---|

Creditor's Name

**P.O. BOX 130424
Saint Paul, MN
55113-0004**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred**    **2023**

Describe the property that secures the claim:

**2020 HONDA PASSPORT
VIN: 5FNYF7H50LB002072**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number**    **5355**

Debtor 1    **Janet Leah Mahoney**

First Name        Middle Name        Last Name                    Case number (if known)

---

| 2.2 | **CHRYSLER CAPITAL** | Describe the property that secures the claim: | $13,069.85 | $33,000.00 | $0.00 |

Creditor's Name

**Attn: Bankruptcy Dept.
P.O. BOX 961278
Fort Worth, TX
76161-1278**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**2020 JEEP WRANGLER 55,000 miles
VIN: 1C4HJXDG7MW505469**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred    **2020**        Last 4 digits of account number    **9553**

---

| 2.3 | **FLAGSTARBANK** | Describe the property that secures the claim: | $174,000.00 | $420,000.00 | $0.00 |

Creditor's Name

**5151 CORPORATE
DRIVE
Troy, MI 48098**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**26 ARLINGTON ST Amesbury, MA
01913  Essex County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)        **FIRST MORTGAGE**

Date debt was incurred    **2011**        Last 4 digits of account number    **XXXX**

---

| 2.4 | **MERRICK BANK** | Describe the property that secures the claim: | $25,900.11 | Unknown | Unknown |

Creditor's Name

**PO BOX 9201
Old Bethpage, NY
11804-9001**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**2019 SCARAB GHOST` 165
BOAT WAS DAMAGED IN FLOOD
AND MAY HAVE SUSTAINED
DAMAGE TO ENGINE.**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred    **UNKOWN**        Last 4 digits of account number    **5442**

---

Debtor 1   **Janet Leah Mahoney**                                    Case number (if known) _____
           First Name          Middle Name          Last Name

| 2.5 | **SELECT PORTFOLIO SERVICING** | Describe the property that secures the claim: | $534,225.73 | $503,970.00 | $30,255.73 |
|-----|----|----|----|----|----|

Creditor's Name

> **16623 W RIVER ROAD Inglis, FL 34449  Citrus County**
> **Parcel ID: 16E17S05 4A000 0060**
> **HOME CURRENTLY UNINHABITABLE DUE TO FLOOD DAMAGE SUSTAINED DURING HURRICANE IDALIA**

**BANKRUPTCY DEPT**
**PO BOX 65250**
**Salt Lake City, UT 84165-0025**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **MORTGAGE**

Date debt was incurred   **2022**          Last 4 digits of account number   **7025**

| 2.6 | **TAYLOR MADE LENDING, LLC** | Describe the property that secures the claim: | Unknown | $173,360.00 | Unknown |
|-----|----|----|----|----|----|

Creditor's Name

> **ORTHOTIC WORX, LLC**
>
> **EIN: 87-1963548**
>
> **SOLE ASSET IS RESIDENTIAL HOME LOCATED AT 7805 W MISS MAGGIE DR, HOMOSASSA, FL 34448.**
>
> **CITRUS COUNTY Parcel ID: 17E20S25 42000 0160**
> **100 % ownership**

**1400 E OAKLAND PARK BLVD**
**STE 103**
**Fort Lauderdale, FL 33334**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **MORTGAGE**

Date debt was incurred   **2023**          Last 4 digits of account number   **XXXX**

Debtor 1  **Janet Leah Mahoney**                                    Case number (if known) _____
          First Name        Middle Name        Last Name

| 2.7 | **WORLD BUSINESS LENDERS** | Describe the property that secures the claim: | $541,877.19 | $420,000.00 | $295,877.19 |

Creditor's Name

**26 ARLINGTON ST Amesbury, MA 01913  Essex County**

**2141 Kirkwood Blvd #130 Southlake, TX 76092**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **SECOND MORTGAGE**

Date debt was incurred  **2022**          Last 4 digits of account number  **XXXX**

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$1,327,976.88** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$1,327,976.88** |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]       Name, Number, Street, City, State & Zip Code

**ORLANS PC
204 2ND AVE
SUITE 320
Waltham, MA 02451**

On which line in Part 1 did you enter the creditor?  **2.7**

Last 4 digits of account number  ___

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Janet Leah Mahoney** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?

   ■ No. Go to Part 2.

   ☐ Yes.

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | Total claim |
|---|---|---|

| 4.1 | **ADP** | Last 4 digits of account number    XXXX | $19,350.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**ATTN: EVANGELINA PREBOT
1851 N RESLER DR
El Paso, TX 79912**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?    **UNKOWN**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **PAYROLL SERVICES FOR ARETE REHABILITATION INC**

1/18/24  3:24PM

Debtor 1  __Janet Leah Mahoney_____        Case number *(if known)* _____

---

| 4.2 | **AFI MEDICAL** | | Last 4 digits of account number __XXXX__ | **$400.00** |

Nonpriority Creditor's Name
**438 HIGH PLAIN ST**
**Walpole, MA 02081**
Number Street City State Zip Code

When was the debt incurred?  __UNKOWN__

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **EQUIPMENT SERVICES  FOR ARETE REHABILITATION INC**

---

| 4.3 | **AFLAC** | | Last 4 digits of account number __XXXX__ | **$4,279.00** |

Nonpriority Creditor's Name

**1832 Wynnton Road**
**Columbus, GA 31999-0797**
Number Street City State Zip Code

When was the debt incurred?  __UNKOWN__

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **INSURANCE PREMIUMS  FOR ARETE REHABILITATION INC**

---

| 4.4 | **ALTUS** | | Last 4 digits of account number __XXXX__ | **$3,238.00** |

Nonpriority Creditor's Name
**PO BOX 1557**
**Providence, RI 02901**
Number Street City State Zip Code

When was the debt incurred?  __UNKOWN__

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **INSURANCE PREMIUMS  FOR ARETE REHABILITATION INC**

---

Debtor 1  **Janet Leah Mahoney**                     Case number *(if known)*

---

**4.5** | **AMANN BURNETT**
Nonpriority Creditor's Name
**757 CHESTNUT ST**
**Manchester, NH 03104**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **XXXX**               Unknown

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **LEGAL SERVICES  FOR ARETE REHABILITATION INC**

---

**4.6** | **AMAZON PRIME**
Nonpriority Creditor's Name
**410 TERRT AVE N**
**Seattle, WA 98109**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **XXXX**               Unknown

When was the debt incurred?   **UNKOWN**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CHARGE CARD FOR ARETE REHABILITATION INC**

---

**4.7** | **BAMBO**
Nonpriority Creditor's Name
**335 S 560 W**
**Lindon, UT 84042-1952**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **XXXX**               $1,000.00

When was the debt incurred?   **UNKOWN**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **EMPLOYEE HUMAN RESOURCES SUBSCRIPTION  FOR ARETE REHABILITATION INC**

---

1/18/24  3:24PM

Debtor 1   **Janet Leah Mahoney**                              Case number *(if known)* _____

---

| 4.8 | **BARCLAYS BANK DELAWARE** | Last 4 digits of account number | **XXXX** | Unknown |

Nonpriority Creditor's Name
**P.O. BOX 8803**
**Wilmington, DE 19899-8801**
Number Street City State Zip Code

**When was the debt incurred?**   **2014**

**Who incurred the debt?** Check one.

■ Debtor 1 only

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **CHARGE CARD**

---

| 4.9 | **BETHANY LASELLA** | Last 4 digits of account number | **XXXX** | $90,150.30 |

Nonpriority Creditor's Name
**500 OCEAN AVE**
**APT 444**
**Revere, MA 02151**
Number Street City State Zip Code

**When was the debt incurred?**   **2023**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **JUDGMENT**

---

| 4.10 | **BOSTON MUTUAL** | Last 4 digits of account number | **XXXX** | $20,000.00 |

Nonpriority Creditor's Name
**120 ROYALL ST**
**Canton, MA 02021-1028**
Number Street City State Zip Code

**When was the debt incurred?**   **UNKOWN**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **INSURANCE PREMIUMS FOR ARETE REHABILITATION INC**

---

1/18/24 3:24PM

Debtor 1  **Janet Leah Mahoney**                          Case number (if known)

---

**4.1**
**1**

**BRESNAHAN STORAGE**                                    Last 4 digits of account number  **XXXX**                              **$1,500.00**

Nonpriority Creditor's Name

**155 PLAISTOW RD**                                       When was the debt incurred?  **UNKOWN**
**Plaistow, NH 03865**

Number Street City State Zip Code                        As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ☑ Disputed
☑ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community              ☐ Student loans
debt**
                                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims

☑ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                         ☑ Other. Specify  **STORAGE FOR ARETE REHABILITATION**
☐ Yes                                                                       **INC**

---

**4.1**
**2**

**BRIDGE CAPITAL-NEWCO CAP**                             Last 4 digits of account number  **XXXX**                           **$128,431.00**

Nonpriority Creditor's Name

**25 ROBERT PITT DR STE 204**                            When was the debt incurred?  **UNKOWN**
**Monsey, NY 10952-3366**

Number Street City State Zip Code                        As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ☑ Disputed
☑ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community              ☐ Student loans
debt**
                                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims

☑ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                    ☑ Other. Specify  **LOAN FOR ARETE REHABILITATION INC**

---

**4.1**
**3**

**CAPITAL ONE**                                          Last 4 digits of account number  **XXXX**                             **$3,500.00**

Nonpriority Creditor's Name

**P.O. BOX 30285**                                       When was the debt incurred?  **2021**
**Salt Lake City, UT 84130-0281**

Number Street City State Zip Code                        As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☑ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ☑ Disputed
☐ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community              ☐ Student loans
debt**
                                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims

☑ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                    ☑ Other. Specify  **CREDIT CARD**

---

Debtor 1  **Janet Leah Mahoney**                              Case number (if known) _____

---

| 4.1 4 | **CB/PEBBLES** | Last 4 digits of account number | **XXXX** | **Unknown** |

Nonpriority Creditor's Name
**PO BOX 182789**
**Columbus, OH 43218**
Number Street City State Zip Code

**When was the debt incurred?**  **2015**

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **CHARGE ACCOUNT**

---

| 4.1 5 | **CLINICIENT EMR** | Last 4 digits of account number | **XXXX** | **$11,000.00** |

Nonpriority Creditor's Name
**111 SW 5TH AVE STE 700**
**Portland, OR 97204-3641**
Number Street City State Zip Code

**When was the debt incurred?**  **UNKOWN**

**Who incurred the debt?** Check one.

□ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **SERVICES RENDERED FOR ARETE REHABILITATION INC**

---

| 4.1 6 | **COASTAL COMMUNITY BANK** | Last 4 digits of account number | **XXXX** | **$15.00** |

Nonpriority Creditor's Name
**221 MAIN ST**
**San Francisco, CA 94105**
Number Street City State Zip Code

**When was the debt incurred?**  **2022**

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **CREDIT CARD**

---

Debtor 1  **Janet Leah Mahoney**

Case number (if known) _____

---

**4.17**

**COLONIAL GARDENS**
Nonpriority Creditor's Name
**105 CHERRY HILL DR**
**Beverly, MA 01915-1073**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **XXXX**                          **$8,000.00**

When was the debt incurred?  **UNKNOWN**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **RENTS FOR ARETE REHABILITATION INC**

---

**4.18**

**COMCAST**
Nonpriority Creditor's Name
**141 NW 16TH ST**
**Pompano Beach, FL 33060**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **XXXX**                          **$1,400.00**

When was the debt incurred?  **UNKNOWN**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **SERVICES FOR ARETE REHABILITATION INC**

---

**4.19**

**COMMONWEALTH OF MA**
Nonpriority Creditor's Name
**ANDOVER SERV CTR**
**PO BOX 9016**
**Andover, MA 01810**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **XXXX**                          **Unknown**

When was the debt incurred?  **2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **INCOME TAX**

---

1/18/24  3:24PM

Debtor 1   **Janet Leah Mahoney**                                    Case number *(if known)* _____

---

| 4.2 0 | **CREDIT ONE BANK** | Last 4 digits of account number | **XXXX** | $987.00 |

Nonpriority Creditor's Name
**PO BOX 98872**
**Las Vegas, NV 89193-8873**

When was the debt incurred?   **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **CREDIT CARD**

---

| 4.2 1 | **DATA SHREDDER** | Last 4 digits of account number | **XXXX** | $1,600.00 |

Nonpriority Creditor's Name
**40 SCHOOL ST #2D**
**Framingham, MA 01701**

When was the debt incurred?   **UNKOWN**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify   **SERVICES FOR ARETE REHABILITATION INC**

---

| 4.2 2 | **DELTA BRIDGE FUNDING** | Last 4 digits of account number | **XXXX** | $169,537.00 |

Nonpriority Creditor's Name
**400 RELLA BLVD # 165 - 01**
**Suffern, NY 10901**

When was the debt incurred?   **UNKOWN**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **LOAN FOR ARETE REHABILITATION INC**

---

Debtor 1  **Janet Leah Mahoney**                                      Case number (if known) _____

---

**4.2 3**

**DEPARTMENT OF THE TREASURY**
Nonpriority Creditor's Name
**BUREAU OF THE FISCAL SERVICE**
**P.O. BOX 830794**
**Birmingham, AL 35283-0794**
Number Street City State Zip Code

Last 4 digits of account number    **XXXX**                      $37,812.16

When was the debt incurred?    **UNKNOWN**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **LOAN FOR ARETE REHABILITATION INC**

---

**4.2 4**

**EIDL - SBA**
Nonpriority Creditor's Name
**409 3RD ST SW**
**Washington, DC 20416**
Number Street City State Zip Code

Last 4 digits of account number    **XXXX**                      $505,000.00

When was the debt incurred?    **UNKNOWN**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **LOAN**

---

**4.2 5**

**FB&T/MERCURY**
Nonpriority Creditor's Name
**PO BOX 84064**
**Columbus, GA 31908**
Number Street City State Zip Code

Last 4 digits of account number    **XXXX**                      **Unknown**

When was the debt incurred?    **2021**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **CHARGE CARD**

---

Debtor 1   **Janet Leah Mahoney**

Case number *(if known)* _____

---

**4.2 6**

**FEB DESTINY**
Nonpriority Creditor's Name
**PO BOX 4499**
**Beaverton, OR 97076**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **XXXX**                          Unknown

When was the debt incurred?    **2021**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **CHARGE CARD**

---

**4.2 7**

**FIRST INSURANCE**
Nonpriority Creditor's Name
**PO BOX 700**
**Carol Stream, IL 60132**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **XXXX**                          $896.00

When was the debt incurred?    **UNKOWN**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **INSURANCE PREMIUMS FOR ARETE REHABILITATION INC**

---

**4.2 8**

**FST PREMIER**
Nonpriority Creditor's Name
**3820 N LOUISE**
**Sioux Falls, SD 57107**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **XXXX**                          Unknown

When was the debt incurred?    **2023**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **CHARGE CARD**

---

Debtor 1   **Janet Leah Mahoney**

Case number *(if known)*

---

| 4.29 | **HANOVER INSURANCE** | Last 4 digits of account number | **XXXX** | $853.18 |

Nonpriority Creditor's Name
**440 LINCOLN ST**
**Worcester, MA 01653**

When was the debt incurred?    **UNKOWN**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Contingent

☐ Debtor 2 only
☐ Unliquidated

☐ Debtor 1 and Debtor 2 only
■ Disputed

■ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify   **INSURANCE PREMIUMS FOR ARETE REHABILITATION INC**

---

| 4.30 | **HEADWAY CAPITAL** | Last 4 digits of account number | **XXXX** | $62,500.00 |

Nonpriority Creditor's Name
**175 W JACKSON BLVD STE 1000**
**Chicago, IL 60604**

When was the debt incurred?    **UNKOWN**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Contingent

☐ Debtor 2 only
☐ Unliquidated

☐ Debtor 1 and Debtor 2 only
■ Disputed

■ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify   **LOAN FOR ARETE REHABILITATION INC**

---

| 4.31 | **IMAGE FIRST** | Last 4 digits of account number | **XXXX** | $1,500.00 |

Nonpriority Creditor's Name
**10 INDUSTRIAL DR UNIT 6**
**Windham, NH 03087**

When was the debt incurred?    **UNKOWN**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Contingent

☐ Debtor 2 only
☐ Unliquidated

☐ Debtor 1 and Debtor 2 only
■ Disputed

■ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify   **SERVICES FOR ARETE REHABILITATION INC**

---

Debtor 1    **Janet Leah Mahoney**

Case number *(if known)* _____

---

**4.3 2**

**INCORP**
Nonpriority Creditor's Name
**3773 HOWARD HUGHES PKWY STE 500s**
**Las Vegas, NV 89169**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**    **XXXX**                **$200.00**

**When was the debt incurred?**    **UNKNOWN**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **SERVICES FOR ARETE REHABILITATION INC**

---

**4.3 3**

**INDEPENDENCE BANK**
Nonpriority Creditor's Name
**1370 S COUNTY TRL**
**East Greenwich, RI 02818**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**    **XXXX**                **$26,489.00**

**When was the debt incurred?**    **UNKNOWN**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **LOAN FOR ARETE REHABILITATION INC**

---

**4.3 4**

**INTERNAL REVENUE SERVICE**
Nonpriority Creditor's Name
**P.O. BOX 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**    **XXXX**                **Unknown**

**When was the debt incurred?**    **UNKNOWN**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **BUSINESS DEBT FOR ARETE REHABILITATION INC**

---

Debtor 1 **Janet Leah Mahoney**                                   Case number *(if known)* _____

---

| 4.3 5 | | | |
|---|---|---|---|

**IOU FINANCIAL**
Nonpriority Creditor's Name

**600 Townpark Ln Suite 100**
**Kennesaw, GA 30144**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number  **XXXX**          $126,230.91

When was the debt incurred?  **2023**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **JUDGMENT**

---

| 4.3 6 | | | |
|---|---|---|---|

**JOSEPH BALDIGA**
Nonpriority Creditor's Name

**MIRICK O'CONNELL ATTYS ATLAW**
**1800 W PARK DR STE 400**
**Westborough, MA 01581**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number  **XXXX**          Unknown

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **LEGAL SERVICES**

---

| 4.3 7 | | | |
|---|---|---|---|

**JULIE CLARE**
Nonpriority Creditor's Name

**148 B ST**
**Dracut, MA 01826**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number  **XXXX**          $544.00

When was the debt incurred?  **UNKOWN**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **REIMBURSEMENT CLAIM**

---

Debtor 1    **Janet Leah Mahoney**                                           Case number (if known)

---

**4.3 8**

**KAITLYN LITTLE**
Nonpriority Creditor's Name
**26 ARLINGTON ST**
**Amesbury, MA 01913**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **XXXX**                    **Unknown**

When was the debt incurred?    **UNKOWN**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **BUSINESS DEBT**

---

**4.3 9**

**MAHA, LLC**
Nonpriority Creditor's Name
**1 STILES RD STE 103**
**Salem, NH 03079**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **XXXX**                    **$3,353.00**

When was the debt incurred?    **UNKOWN**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **RENTS FOR ARETE REHABILITATION INC**

---

**4.4 0**

**MAINE DEPARTMENT OF LABOR**
Nonpriority Creditor's Name
**45 COMMERCE DR**
**Augusta, ME 04330**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **XXXX**                    **Unknown**

When was the debt incurred?    **UNKOWN**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **FINE FOR ARETE REHABILITATION INC**

---

1/18/24  3:24PM

Debtor 1  **Janet Leah Mahoney**                                    Case number (if known) _____

---

**4.4**
**1**

**MARLIN BANK**                          Last 4 digits of account number    **XXXX**                    **$2,500.00**
Nonpriority Creditor's Name
**300 FELLOWSHIP DR**                     When was the debt incurred?    **UNKNOWN**
**Mount Laurel, NJ 08054**
Number Street City State Zip Code        As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only             ■ Disputed

■ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**  ☐ Student loans
**debt**
**Is the claim subject to offset?**      ☐ Obligations arising out of a separation agreement or divorce that you did not
                                         report as priority claims
■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

                                         ■ Other. Specify    **EQUIPMENT SERVICES FOR ARETE**
☐ Yes                                                        **REHABILITATION INC**

---

**4.4**
**2**

**ME DEPARTMENT OF REVENUE**             Last 4 digits of account number    **XXXX**                    **Unknown**
Nonpriority Creditor's Name
**PO BOX 1060**                          When was the debt incurred?    **UNKOWN**
**Augusta, ME 04332**
Number Street City State Zip Code        As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only             ■ Disputed

■ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**  ☐ Student loans
**debt**
**Is the claim subject to offset?**      ☐ Obligations arising out of a separation agreement or divorce that you did not
                                         report as priority claims
■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

                                         ■ Other. Specify    **BUSINESS DEBT FOR ARETE**
☐ Yes                                                        **REHABILITATION INC**

---

**4.4**
**3**

**NATIONAL DEBT RELIEF BETRLIN**         Last 4 digits of account number    **XXXX**                    **Unknown**
Nonpriority Creditor's Name
**222 BROADWAY FL 19**                   When was the debt incurred?    **UNKNOWN**
**New York, NY 10038**
Number Street City State Zip Code        As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only             ☐ Disputed

■ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**  ☐ Student loans
**debt**
**Is the claim subject to offset?**      ☐ Obligations arising out of a separation agreement or divorce that you did not
                                         report as priority claims
■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                    ■ Other. Specify    **LOAN FOR ARETE REHABILITATION INC**

---

Debtor 1  **Janet Leah Mahoney**

Case number (*if known*) _____

| 4.4 4 | | | |
|---|---|---|---|

**NH DEPARTMENT OF LABOR**
Nonpriority Creditor's Name
**95 PLEASANT ST**
**Concord, NH 03301**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

Last 4 digits of account number  **XXXX**          **$70,000.00**

When was the debt incurred?    **UNKNOWN**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **DISCRIMINATION CLAIM FOR ARETE REHABILITATION INC**

| 4.4 5 | | | |
|---|---|---|---|

**NH DEPARTMENT OF REVENUE**
Nonpriority Creditor's Name
**109 PLEASANT ST**
**Concord, NH 03301**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

Last 4 digits of account number  **XXXX**          **Unknown**

When was the debt incurred?    **UNKNOWN**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **BUSINESS DEBT FOR ARETE REHABILITATION INC**

| 4.4 6 | | | |
|---|---|---|---|

**OFFICE OF LABOR/WORKFORCE**
Nonpriority Creditor's Name
**1 ASHBURTON PL #2112**
**Boston, MA 02108**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

Last 4 digits of account number  **XXXX**          **Unknown**

When was the debt incurred?    **UNKNOWN**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **BUSINESS DEBT FOR ARETE REHABILITATION INC**

1/18/24  3:24PM

Debtor 1   **Janet Leah Mahoney**

Case number (if known) _____

---

| 4.4 7 | **ON DECK CAPITAL INC** | Last 4 digits of account number | **XXXX** | $51,190.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1400 BROADWAT FL 25**
**New York, NY 10018**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**   **UNKNOWN**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **LOAN FOR ARETE REHABILITATION INC**

---

| 4.4 8 | **PA DEPARTMENT OF REVENUE** | Last 4 digits of account number | **XXXX** | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name
**STRAWBERRY SQUARE**
**Harrisburg, PA 17128**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**   **UNKNOWN**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **BUSINESS DEBT FOR ARETE REHABILITATION INC**

---

| 4.4 9 | **PA DEPARTMENTOF LABOR** | Last 4 digits of account number | **XXXX** | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name
**651 BOAS ST**
**Harrisburg, PA 17121**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**   **UNKOWN**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **BUSINESS DEBT FOR ARETE REHABILITATION INC**

---

Debtor 1   **Janet Leah Mahoney**

Case number *(if known)*

---

**4.50**

**PAI**

Nonpriority Creditor's Name
**PO BOX 5250**
**De Pere, WI 54115**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **XXXX**                          **Unknown**

When was the debt incurred?   **UNKNOWN**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **BUSINESS DEBT FOR ARETE REHABILITATION INC**

---

**4.51**

**PARK PLACE REALTY**

Nonpriority Creditor's Name
**23 STILES RD**
**Salem, NH 03079**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **XXXX**                          **$85,162.53**

When was the debt incurred?   **UNKNOWN**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **RENTS FOR ARETE REHABILITATION INC**

---

**4.52**

**PIRS CAPITAL LLC**

Nonpriority Creditor's Name
**40 EXCHANGE PL**
**New York, NY 10005**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **XXXX**                          **$380,605.00**

When was the debt incurred?   **UNKNOWN**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **LOAN FOR ARETE REHABILITATION INC**

---

Debtor 1  **Janet Leah Mahoney**

Case number (if known) _____

---

**4.5.3**

**PIRS CAPITAL LLC**
Nonpriority Creditor's Name
**40 EXCHANGE PL**
**New York, NY 10005**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **XXXX**                    **$39,293.00**

**When was the debt incurred?**  **UNKNOWN**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **LOAN FOR ARETE REHABILITATION INC**

---

**4.5.4**

**READY FRESH**
Nonpriority Creditor's Name
**BLUETRITON BRANDS #216**
**6661 DUXUE HWY STE 4**
**Louisville, KY 40258**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **XXXX**                    **Unknown**

**When was the debt incurred?**  **UNKOWN**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **SERVICES FOR ARETE REHABILITATION INC**

---

**4.5.5**

**RELIAS LEARNING MANAGEMENT**
Nonpriority Creditor's Name
**1010 SYNC ST STE 100**
**Morrisville, NC 27560**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **XXXX**                    **$7,500.00**

**When was the debt incurred?**  **UNKOWN**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **SERVICES FOR ARETE REHABILITATION INC**

---

1/18/24  3:24PM

Debtor 1   **Janet Leah Mahoney**                                   Case number (if known) _____

---

| 4.5 6 | **SALEM CO-OPERTIVE BANK** | Last 4 digits of account number | **XXXX** | **Unknown** |

Nonpriority Creditor's Name
**3 S BROADWAY**
**Salem, NH 03079**

When was the debt incurred?  **UNKOWN**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **BUSINESS DEBT FOR ARETE REHABILITATION INC**

---

| 4.5 7 | **SBA** | Last 4 digits of account number | **XXXX** | **$28,448.00** |

Nonpriority Creditor's Name
**1441 L STREET NW**
**Washington, DC 20416**

When was the debt incurred?  **2014**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **LOAN FOR ARETE REHABILITATION INC**

---

| 4.5 8 | **SHRINA SHAH** | Last 4 digits of account number | **XXX** | **$70,851.36** |

Nonpriority Creditor's Name
**11 OVERLOOK RIDGE DR**
**Revere, MA 02151**

When was the debt incurred?  **2023**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **JUDGMENT**

---

Debtor 1  **Janet Leah Mahoney**

Case number (if known) _____

---

**4.59**

**SPRINT**

Nonpriority Creditor's Name

**PO BOX 629023**
**El Dorado Hills, CA 95762**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **XXXX**          **$22,000.00**

When was the debt incurred?  **UNKNOWN**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **SERVICES FOR ARETE REHABILITATION INC**

---

**4.60**

**SQUARESPACE**

Nonpriority Creditor's Name

**8 CLARKSON ST #12**
**New York, NY 10014**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **XXXX**          **$600.00**

When was the debt incurred?  **UNKOWN**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **SERVICES FOR ARETE REHABILITATION INC**

---

**4.61**

**STEVEN SHERER**

Nonpriority Creditor's Name

**340 CENTRAL DR**
**Lansdale, PA 19446**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **XXXX**          **$203,769.00**

When was the debt incurred?  **UNKNOWN**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **BUSINESS DEBT FOR ARETE REHABILITATION INC**

---

Debtor 1  **Janet Leah Mahoney**

Case number *(if known)* _____

---

**4.6 2**

**SYNCH/AMZON**
Nonpriority Creditor's Name
**PO BOX 530958**
**Atlanta, GA 30353**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  **XXXX**          **$2,086.00**

**When was the debt incurred?**    **UNKOWN**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **CHARGE CARD**

---

**4.6 3**

**SYNCHRONY BANK**
Nonpriority Creditor's Name
**ATTN: BANKR DEPT**
**P.O. BOX 965060**
**Orlando, FL 32896-5060**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  **XXXX**          **Unknown**

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **CHARGE CARD FOR ARETE REHABILITATION INC**

---

**4.6 4**

**TBOM- MILESTONE**
Nonpriority Creditor's Name
**P.O. BOX 4477**
**Beaverton, OR 97076-4477**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  **XXXX**          **$48.00**

**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **CHARGE CARD**

---

1/18/24 3:24PM

Debtor 1    **Janet Leah Mahoney**

Case number (if known) _____

---

**4.65**

| | |
|---|---|
| **TNC STORAGE** | |
| Nonpriority Creditor's Name | |
| **65 WAMBOLD RD** | |
| **Souderton, PA 18964** | |
| Number Street City State Zip Code | |

Last 4 digits of account number    **XXXX**    $1,000.00

When was the debt incurred?    **UNKOWN**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **STORAGE FOR ARETE REHABILITATION INC**

---

**4.66**

| | |
|---|---|
| **UNIQUE FUNDING SOLUTIONS LLC** | |
| Nonpriority Creditor's Name | |
| **71 S CENTRAL AVE** | |
| **Valley Stream, NY 11580** | |
| Number Street City State Zip Code | |

Last 4 digits of account number    **XXXX**    $57,182.00

When was the debt incurred?    **UNKOWN**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **LOAN FOR ARETE REHABILITATION INC**

---

**4.67**

| | |
|---|---|
| **UNITED HEALTH CARE** | |
| Nonpriority Creditor's Name | |
| **PO BOX 1459** | |
| **Minneapolis, MN 55440** | |
| Number Street City State Zip Code | |

Last 4 digits of account number    **XXXX**    $44,000.00

When was the debt incurred?    **UNKOWN**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **HEALTH CARE FOR ARETE REHABILITATION INC**

---

1/18/24  3:24PM

Debtor 1  **Janet Leah Mahoney**

Case number (if known) _____

---

**4.68**

**UPGRADE INC**
Nonpriority Creditor's Name
**275 BATTERY ST**
**22ND FLOOR**
**San Francisco, CA 94111**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **XXXX**                     Unknown

When was the debt incurred?    **2021**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **LINE OF CREDIT**

---

**4.69**

**VSP**
Nonpriority Creditor's Name
**PO BOX 385018**
**Birmingham, AL 35238**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **XXXX**                     $2,400.00

When was the debt incurred?    **UNKOWN**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **INSURANCE PREMIUMS FOR ARETE REHABILITATION INC**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**BRETT THRASHER & JEREMY ROSS**
**1170 PEACHTREE ST NE,**
**SUITE 1925**
**Atlanta, GA 30309**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.35** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**JOHN KOURY**
**81 HARTWELL AVE**
**SUITE 101**
**Lexington, MA 02421**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.9** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**MA DEPARTMENT OF REVENUE**
**PO BOX 7000**
**Boston, MA 02204**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.19** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Official Form 106 E/F                     Schedule E/F: Creditors Who Have Unsecured Claims                     Page 24 of 26

Debtor 1   **Janet Leah Mahoney** _____      Case number (if known) _____

| | |
|---|---|
| Name and Address<br>**MAGUIRE INSURANCE**<br>**ROGERS & GRAY**<br>**63 SMITHS LN**<br>**Kingston, MA 02364** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.27** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**MAHA, LLC**<br>**CHARLES H BALANOFF**<br>**1 STILES RD STE 105**<br>**Salem, NH 03079** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.39** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**MASS. DEPT OF REVENUE**<br>**BANKRUPTCY UNIT**<br>**PO BOX 9564**<br>**Boston, MA 02114** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.19** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**MICHAEL R. HARRIMAN**<br>**ONE BEACON ST 15TH FLOOR**<br>**Boston, MA 02108** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.58** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**PARKER, IBRAHIM, & BERG**<br>**2 OLIVER ST 4TH FLR**<br>**Boston, MA 02109** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.61** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**SMALL BUSINESS ADMINISTRATIO**<br>**409  3rd Street SW**<br>**Washington, DC 20416** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.23** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**STEVEN BERKOVITCH**<br>**BERKOVITCH & BOUSKILA PA**<br>**80 BROAD ST 3303**<br>**New York, NY 10004** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.22** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**T-Mobile**<br>**P. O. Box 742596**<br>**Cincinnati, OH 45274-2596** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.59** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**UNITED HEALTH CARE**<br>**INSURANCE**<br>**PO BOX 31362**<br>**Salt Lake City, UT 84131** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.67** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

**Part 4:**   **Add the Amounts for Each Type of Unsecured Claim**

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $                    0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $                    0.00 |

1/18/24  3:24PM

| Debtor 1 | **Janet Leah Mahoney** | Case number (if known) | |
|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | | 0.00 |
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | **Total Claim** <br> $ | | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | | 2,298,400.44 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | | 2,298,400.44 |

1/18/24  3:24PM

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Janet Leah Mahoney** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.    **Do you have any executory contracts or unexpired leases?**
       ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
       ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.    **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1** <br> Name <br><br> Number    Street <br><br> City          State          ZIP Code | |
| **2.2** <br> Name <br><br> Number    Street <br><br> City          State          ZIP Code | |
| **2.3** <br> Name <br><br> Number    Street <br><br> City          State          ZIP Code | |
| **2.4** <br> Name <br><br> Number    Street <br><br> City          State          ZIP Code | |
| **2.5** <br> Name <br><br> Number    Street <br><br> City          State          ZIP Code | |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Janet Leah Mahoney** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number | |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                            12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| **3.1   ARETE REHABILITATION INC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.9__<br>☐ Schedule G _____<br>**BETHANY LASELLA** |
| **3.2   ARETE REHABILITATION INC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.37__<br>☐ Schedule G _____<br>**JULIE CLARE** |
| **3.3   ARETE REHABILITATION INC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.40__<br>☐ Schedule G _____<br>**MAINE DEPARTMENT OF LABOR** |

Debtor 1   **Janet Leah Mahoney**                                    Case number *(if known)*

---

| | Additional Page to List More Codebtors |
|---|---|
| | *Column 1:* **Your codebtor** |

| | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |

**3.4**   **ARETE REHABILITATION INC**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.44**___
☐ Schedule G _____
**NH DEPARTMENT OF LABOR**

**3.5**   **ARETE REHABILITATION INC**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.45**___
☐ Schedule G _____
**NH DEPARTMENT OF REVENUE**

**3.6**   **ARETE REHABILITATION INC**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.46**___
☐ Schedule G _____
**OFFICE OF LABOR/WORKFORCE**

**3.7**   **ARETE REHABILITATION INC**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.47**___
☐ Schedule G _____
**ON DECK CAPITAL INC**

**3.8**   **ARETE REHABILITATION INC**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.48**___
☐ Schedule G _____
**PA DEPARTMENT OF REVENUE**

**3.9**   **ARETE REHABILITATION INC**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.6**___
☐ Schedule G _____
**AMAZON PRIME**

**3.10**   **ARETE REHABILITATION INC**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.10**___
☐ Schedule G _____
**BOSTON MUTUAL**

**3.11**   **ARETE REHABILITATION INC**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.11**___
☐ Schedule G _____
**BRESNAHAN STORAGE**

---

Debtor 1 __Janet Leah Mahoney__

Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.12   **ARETE REHABILITATION INC**

☐ Schedule D, line _____
■ Schedule E/F, line __4.12__
☐ Schedule G _____
**BRIDGE CAPITAL-NEWCO CAP**

3.13   **ARETE REHABILITATION INC**

☐ Schedule D, line _____
■ Schedule E/F, line __4.15__
☐ Schedule G _____
**CLINICIENT EMR**

3.14   **ARETE REHABILITATION INC**

☐ Schedule D, line _____
■ Schedule E/F, line __4.17__
☐ Schedule G _____
**COLONIAL GARDENS**

3.15   **ARETE REHABILITATION INC**

☐ Schedule D, line _____
■ Schedule E/F, line __4.18__
☐ Schedule G _____
**COMCAST**

3.16   **ARETE REHABILITATION INC**

☐ Schedule D, line _____
■ Schedule E/F, line __4.21__
☐ Schedule G _____
**DATA SHREDDER**

3.17   **ARETE REHABILITATION INC**

☐ Schedule D, line _____
■ Schedule E/F, line __4.22__
☐ Schedule G _____
**DELTA BRIDGE FUNDING**

3.18   **ARETE REHABILITATION INC**

☐ Schedule D, line _____
■ Schedule E/F, line __4.1__
☐ Schedule G _____
**ADP**

3.19   **ARETE REHABILITATION INC**

☐ Schedule D, line _____
■ Schedule E/F, line __4.2__
☐ Schedule G _____
**AFI MEDICAL**

Debtor 1  __Janet Leah Mahoney__    Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.20  **ARETE REHABILITATION INC**

☐ Schedule D, line _____
■ Schedule E/F, line __4.3__
☐ Schedule G _____
**AFLAC**

3.21  **ARETE REHABILITATION INC**

☐ Schedule D, line _____
■ Schedule E/F, line __4.4__
☐ Schedule G _____
**ALTUS**

3.22  **ARETE REHABILITATION INC**

☐ Schedule D, line _____
■ Schedule E/F, line __4.5__
☐ Schedule G _____
**AMANN BURNETT**

3.23  **ARETE REHABILITATION INC**

☐ Schedule D, line _____
■ Schedule E/F, line __4.7__
☐ Schedule G _____
**BAMBO**

3.24  **ARETE REHABILITATION INC**

☐ Schedule D, line _____
■ Schedule E/F, line __4.23__
☐ Schedule G _____
**DEPARTMENT OF THE TREASURY**

3.25  **ARETE REHABILITATION INC**

☐ Schedule D, line _____
■ Schedule E/F, line __4.24__
☐ Schedule G _____
**EIDL - SBA**

3.26  **ARETE REHABILITATION INC**

☐ Schedule D, line _____
■ Schedule E/F, line __4.27__
☐ Schedule G _____
**FIRST INSURANCE**

3.27  **ARETE REHABILITATION INC**

☐ Schedule D, line _____
■ Schedule E/F, line __4.29__
☐ Schedule G _____
**HANOVER INSURANCE**

Debtor 1   **Janet Leah Mahoney**                                    Case number *(if known)* _____

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|

3.28   **ARETE REHABILITATION INC**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.30**___
☐ Schedule G _____
**HEADWAY CAPITAL**

---

3.29   **ARETE REHABILITATION INC**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.31**___
☐ Schedule G _____
**IMAGE FIRST**

---

3.30   **ARETE REHABILITATION INC**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.32**___
☐ Schedule G _____
**INCORP**

---

3.31   **ARETE REHABILITATION INC**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.33**___
☐ Schedule G _____
**INDEPENDENCE BANK**

---

3.32   **ARETE REHABILITATION INC**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.34**___
☐ Schedule G _____
**INTERNAL REVENUE SERVICE**

---

3.33   **ARETE REHABILITATION INC**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.36**___
☐ Schedule G _____
**JOSEPH BALDIGA**

---

3.34   **ARETE REHABILITATION INC**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.39**___
☐ Schedule G _____
**MAHA, LLC**

---

3.35   **ARETE REHABILITATION INC**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.41**___
☐ Schedule G _____
**MARLIN BANK**

---

Debtor 1   **Janet Leah Mahoney**                                    Case number *(if known)*  _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.36   **ARETE REHABILITATION INC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.42**__<br>☐ Schedule G _____<br>**ME DEPARTMENT OF REVENUE** |
| 3.37   **ARETE REHABILITATION INC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.43**__<br>☐ Schedule G _____<br>**NATIONAL DEBT RELIEF BETRLIN** |
| 3.38   **ARETE REHABILITATION INC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.49**__<br>☐ Schedule G _____<br>**PA DEPARTMENTOF LABOR** |
| 3.39   **ARETE REHABILITATION INC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.50**__<br>☐ Schedule G _____<br>**PAI** |
| 3.40   **ARETE REHABILITATION INC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.51**__<br>☐ Schedule G _____<br>**PARK PLACE REALTY** |
| 3.41   **ARETE REHABILITATION INC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.52**__<br>☐ Schedule G _____<br>**PIRS CAPITAL LLC** |
| 3.42   **ARETE REHABILITATION INC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.53**__<br>☐ Schedule G _____<br>**PIRS CAPITAL LLC** |
| 3.43   **ARETE REHABILITATION INC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.54**__<br>☐ Schedule G _____<br>**READY FRESH** |

Debtor 1  **Janet Leah Mahoney**                                    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|
| | *Column 1:* **Your codebtor** |

| | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |

3.44    **ARETE REHABILITATION INC**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.55**__
☐ Schedule G _____
**RELIAS LEARNING MANAGEMENT**

3.45    **ARETE REHABILITATION INC**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.56**__
☐ Schedule G _____
**SALEM CO-OPERTIVE BANK**

3.46    **ARETE REHABILITATION INC**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.57**__
☐ Schedule G _____
**SBA**

3.47    **ARETE REHABILITATION INC**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.59**__
☐ Schedule G _____
**SPRINT**

3.48    **ARETE REHABILITATION INC**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.60**__
☐ Schedule G _____
**SQUARESPACE**

3.49    **ARETE REHABILITATION INC**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.61**__
☐ Schedule G _____
**STEVEN SHERER**

3.50    **ARETE REHABILITATION INC**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.63**__
☐ Schedule G _____
**SYNCHRONY BANK**

3.51    **ARETE REHABILITATION INC**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.65**__
☐ Schedule G _____
**TNC STORAGE**

Debtor 1   **Janet Leah Mahoney**                                    Case number *(if known)*

| | |
|---|---|
| **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.52   **ARETE REHABILITATION INC**
☐ Schedule D, line _____
■ Schedule E/F, line __4.66__
☐ Schedule G _____
**UNIQUE FUNDING SOLUTIONS LLC**

3.53   **ARETE REHABILITATION INC**
☐ Schedule D, line _____
■ Schedule E/F, line __4.67__
☐ Schedule G _____
**UNITED HEALTH CARE**

3.54   **ARETE REHABILITATION INC**
☐ Schedule D, line _____
■ Schedule E/F, line __4.69__
☐ Schedule G _____
**VSP**

3.55   **ARETE REHABILITATION INC**
☐ Schedule D, line _____
■ Schedule E/F, line __4.38__
☐ Schedule G _____
**KAITLYN LITTLE**

3.56   **KAITLYN LITTLE**
**26 ARLINGTON ST**
**Amesbury, MA 01913**
■ Schedule D, line __2.1__
☐ Schedule E/F, line _____
☐ Schedule G _____
**ALLY BANK**

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Janet Leah Mahoney** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | **Occupation** | PHYSICAL THERAPIST | |
| | **Employer's name** | REHAB 365 INC | |
| | **Employer's address** | 16623 W RIVER ROAD<br>Inglis, FL 34449 | |
| | **How long employed there?** | 9 MONTHS | |

### Part 2:  Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **5,000.00** | $ **N/A** |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ **0.00** | +$ **N/A** |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ **5,000.00** | $ **N/A** |

Debtor 1    **Janet Leah Mahoney**                                                    Case number (*if known*) _____

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ **5,000.00** | $ **N/A** |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ **750.00** | $ **N/A** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **N/A** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **N/A** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **N/A** |
| 5e. | **Insurance** | 5e. | $ **0.00** | $ **N/A** |
| 5f. | **Domestic support obligations** | 5f. | $ **0.00** | $ **N/A** |
| 5g. | **Union dues** | 5g. | $ **0.00** | $ **N/A** |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $ **0.00** + | $ **N/A** |

6. **Add the payroll deductions.**  Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.   $ **750.00**   $ **N/A**

7. **Calculate total monthly take-home pay.**  Subtract line 6 from line 4.    7.   $ **4,250.00**   $ **N/A**

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **1,100.00** | $ **N/A** |
| 8b. | **Interest and dividends** | 8b. | $ **0.00** | $ **N/A** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **N/A** |
| 8d. | **Unemployment compensation** | 8d. | $ **0.00** | $ **N/A** |
| 8e. | **Social Security** | 8e. | $ **0.00** | $ **N/A** |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ **0.00** | $ **N/A** |
| 8g. | **Pension or retirement income** | 8g. | $ **1,510.00** | $ **N/A** |
| 8h. | **Other monthly income.** Specify: _____ | 8h.+ | $ **0.00** + | $ **N/A** |

9. **Add all other income.**  Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.   $ **2,610.00**   $ **N/A**

10. **Calculate monthly income.**  Add line 7 + line 9.    10.   $ **6,860.00**  +  $ **N/A**  =  $ **6,860.00**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____    11. +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data, if it applies*    12.   $ **6,860.00**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain:    **COMPANY JUST STARTRED, WITH TIME IT WILL GROW AND MAKE A PROFIT**

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Janet Leah Mahoney** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J
# Schedule J: Your Expenses
**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Your Household**

1.  **Is this a joint case?**

☐ No. Go to line 2.
☐ Yes. **Does Debtor 2 live in a separate household?**

☐ No
☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?** ■ No

Do not list Debtor 1 and Debtor 2.

Do not state the dependents names.

☐ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**
■ No
☐ Yes

**Part 2:    Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

4.  $ **4,540.00**

**If not included in line 4:**

| | | |
|---|---|---|
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |

Debtor 1    **Janet Leah Mahoney**                    Case number (if known) _____

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.   Electricity, heat, natural gas | 6a.  $ | 1,070.00 |
| | 6b.   Water, sewer, garbage collection | 6b.  $ | 155.00 |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c.  $ | 50.00 |
| | 6d.   Other. Specify: | 6d.  $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7.  $ | 350.00 |
| 8. | **Childcare and children's education costs** | 8.  $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9.  $ | 20.00 |
| 10. | **Personal care products and services** | 10.  $ | 10.00 |
| 11. | **Medical and dental expenses** | 11.  $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare.<br>Do not include car payments. | 12.  $ | 240.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13.  $ | 150.00 |
| 14. | **Charitable contributions and religious donations** | 14.  $ | 0.00 |
| 15. | **Insurance.**<br>Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.   Life insurance | 15a.  $ | 0.00 |
| | 15b.   Health insurance | 15b.  $ | 0.00 |
| | 15c.   Vehicle insurance | 15c.  $ | 185.00 |
| | 15d.   Other insurance. Specify: | 15d.  $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.<br>Specify: | 16.  $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a.   Car payments for Vehicle 1 | 17a.  $ | 675.00 |
| | 17b.   Car payments for Vehicle 2 | 17b.  $ | 0.00 |
| | 17c.   Other. Specify: | 17c.  $ | 0.00 |
| | 17d.   Other. Specify: | 17d.  $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, _Schedule I, Your Income_ (Official Form 106I).** | 18.  $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.**<br>Specify: | 19.  $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on _Schedule I: Your Income_.** | | |
| | 20a.   Mortgages on other property | 20a.  $ | 0.00 |
| | 20b.   Real estate taxes | 20b.  $ | 0.00 |
| | 20c.   Property, homeowner's, or renter's insurance | 20c.  $ | 0.00 |
| | 20d.   Maintenance, repair, and upkeep expenses | 20d.  $ | 0.00 |
| | 20e.   Homeowner's association or condominium dues | 20e.  $ | 0.00 |
| 21. | **Other:** Specify: | 21.  +$ | 0.00 |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 7,445.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | 7,445.00 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 _(your combined monthly income)_ from Schedule I. | 23a.  $ | 6,860.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b.  -$ | 7,445.00 |
| | 23c. Subtract your monthly expenses from your monthly income.<br>The result is your _monthly net income._ | 23c.  $ | -585.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.      Explain here: _____

**Fill in this information to identify your case:**

Debtor 1      **Janet Leah Mahoney**
              First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____      Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Janet Leah Mahoney**                    X _____
  **Janet Leah Mahoney**                          Signature of Debtor 2
  Signature of Debtor 1

  Date   **January 18, 2024**                      Date _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Janet Leah Mahoney** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy     04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.    **What is your current marital status?**

☐ Married
■ Not married

2.    **During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **39 BONNIES WAY** **Hampstead, NH 03841** | From-To: **04/01/2016 - 04/01/2022** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

3.    **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4.    **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| For last calendar year: (January 1 to December 31, 2023 ) | ■ Wages, commissions, bonuses, tips | $17,713.38 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1    **Janet Leah Mahoney**                                    Case number (*if known*) _____

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2023 )** | **PENSION BENEFITS** | $18,120.00 | | |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
   ☑ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?
   ☐ No.    Go to line 7.
   ☑ Yes    List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No.    Go to line 7.
   ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **NATIONAL GRID**<br>**7 HUNTRD**<br>**Amesbury, MA 01913** | | $844.37 | Unknown | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☑ Other _ELECTRICITY_ |

1/18/24  3:24PM

| Debtor 1 | **Janet Leah Mahoney** | | Case number (*if known*) | |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ☑ No
    ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
| --- | --- | --- | --- | --- |

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ☑ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
| --- | --- | --- | --- | --- |

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ☑ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
| --- | --- | --- | --- |
| **BETHANY LA SALLE V ARETE REHABILITATION INC**<br>**2377CV00397** | **CONTRACTUAL DISPUTE** | **SUPERIOR COURT**<br>**145 HIGH ST**<br>**Newburyport, MA 01950** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **SHAH, SHRINA V. JANET L MAHONEY INDIVIDUALLY AND AS CEO AND PRESIDENT OF ARETE REHABILITATION, INC.**<br>**2222CV000198EF** | **CONTRACTUAL DISPUTE** | **DISTRICT COURT**<br>**188 State St**<br>**Newburyport, MA 01950** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **IOU CENTRAL INC v MAHONEY JANET**<br>**22108867** | **COLLECTIONS CASE** | **SUPERIOR COURT**<br>**70 Haynes St**<br>**Marietta, GA 30090** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **WBL SPO I, LLC V MAHONEY, JANET L**<br>**23 SM 002774** | **FORECLOSURE** | **LAND COURT**<br>**3 PEMBERTON SQUARE**<br>**Boston, MA 02108** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No. Go to line 11.
    ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
| --- | --- | --- | --- |

Debtor 1    **Janet Leah Mahoney**                                    Case number (*if known*) _____

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

## Part 5:    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No
☑ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **KAITLYN LITTLE**<br>**26 ARLINGTON ST**<br>**Amesbury, MA 01913**<br><br>Person's relationship to you: **DAUGHTER** | **TWO PAYMENTS OF $6,000.00 GIVEN TO DEBTOR'S DAUGHTER AS A WEDDING GIFT. THIS MONEY WAS OBTAINED AS A RESULT OF AN INSURANCE PAYMENT DUE TO DAMAGE TO HER PRIMARY RESIDENCE WHICH WAS SUSTAINED DURING HURRICANE IDALIA.** | **06/2023, 12/2023** | **$12,000.00** |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

## Part 6:    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No
☑ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| **16623 W RIVER ROAD, INGLISH FL**<br><br>**PROPERTY WAS DAMAGED WHEN 3.5 FEET OF WATER ENTERED HOME DURING HURRICANE IDALIA** | **INSURANCE HAS PAID $141,000.00 SO FAR** | **10/2023, 11/2023** | **$807,000.00** |

## Part 7:    List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you**

Debtor 1   **Janet Leah Mahoney**                                     Case number (*if known*)

**consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐  No

■  Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **RICHARD A. PERRY P.A.**<br>**820 EAST FORT KING STREET**<br>**Ocala, FL 34471-2320**<br>**richard@rapocala.com** | **Attorney Fees & Filing Fee** | **12/27/23** | **$17,309.00** |
| **ABACUS CREDIT COUNSELING**<br>**17337 VENTURA BLVD**<br>**STE 205**<br>**Encino, CA 91316** | **Credit Counseling Course** | **01/09/23** | **$40.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■  No

☐  Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐  No

■  Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **ANDREW STURMAN**<br>**39 BONNIES WAY**<br>**Hampstead, NH 03841** | **39 BONNIES WAY**<br>**HAMSTEAD, NH, 03841** | **$1,100,000.00** | **04/2022** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■  No

☐  Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

Debtor 1   **Janet Leah Mahoney**                                          Case number (*if known*) _____

| **Part 8:** | List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
   Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

   ☐ **No**
   ■ **Yes. Fill in the details.**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **SUNCOAST CREDIT UNION BANKRUPTCY DEPARTMENT P.O. BOX 11904 Tampa, FL 33680-1904** | **XXXX-9396** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **7/7/24** | **$364.91** |
| **SUNCOAST CREDIT UNION BANKRUPTCY DEPARTMENT P.O. BOX 11904 Tampa, FL 33680-1904** | **XXXX-9396** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **7/7/24** | **$364.90** |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

   ☐ **No**
   ■ **Yes. Fill in the details.**

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| **PODS 16623 W RIVER ROAD Inglis, FL 34449** | **JANET MAHONEY** | **HOUSEHOLD CONTENTS THAT HAVE BEEN REMOVED FROM THE HOME DUE TO FLOOD** | ☐ No<br>■ Yes |

1/18/24  3:24PM

Debtor 1   **Janet Leah Mahoney**                                    Case number *(if known)*

**Part 9:**   Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No
■ Yes. Fill in the details.

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **THOMAS MILOT**<br>**8816 N SALINA DR**<br>**CITRUS SPRINGS, FL 34434** | **BRISTOL COUNTY SAVINGS BANK**<br>**375 W CENTRAL STREET**<br>**Franklin, MA 02038** | **FUNDS HELD IN IRA ACCOUNT FOR DISABLED BROTHER** | $23,023.72 |

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:**   Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

■ An officer, director, or managing executive of a corporation

Debtor 1   **Janet Leah Mahoney**                                  Case number *(if known)*

☐ **An owner of at least 5% of the voting or equity securities of a corporation**

☐  **No. None of the above applies.  Go to Part 12.**

■  **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **REHAB 365 INC**<br>**16623 W RIVER ROAD**<br>**Inglis, FL 34449** | **HEALHCARE**<br><br>**JANET MAHONEY** | EIN:    92-2295836<br><br>From-To  04/24/23 |
| **ARETE REHABILITATION INC**<br>**PO BOX 419**<br>**Amesbury, MA 01913** | **HEALTH CARE**<br><br>**JANET MAHONEY** | EIN:    46-4207402<br><br>From-To  12/05/2012 - 04/21/2023 |
| **ORTHOTIC WORX, LLC**<br>**16623 W RIVER ROAD**<br>**Inglis, FL 34449** | **REAL ESTATE HOLDING**<br>**COMPANY (ONLY ONE**<br>**PROPERTY IS OWNED BY THIS**<br>**ENTITY)**<br><br>**JANET MAHONEY** | EIN:    87-1963548<br><br>From-To |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■  **No**
☐  **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

**Part 12:**  **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

 **/s/ Janet Leah Mahoney**
**Janet Leah Mahoney**                                **Signature of Debtor 2**
**Signature of Debtor 1**

Date   **January 18, 2024**                          Date

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

> You are an individual filing for bankruptcy, and
>
> Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation
>
> Chapter 11 - Reorganization
>
> Chapter 12 - Voluntary repayment plan for family farmers or fishermen
>
> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;
>
> most student loans;
>
> domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

**Chapter 11: Reorganization**

| | | |
|---|---|---|
| | $1,167 | filing fee |
| + | $571 | administrative fee |
| | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,

- most student loans,

- certain taxes,

- debts for fraud or theft,

- debts for fraud or defalcation while acting in a fiduciary capacity,

- most criminal fines and restitution obligations,

- certain debts that are not listed in your bankruptcy papers,

- certain debts for acts that caused death or personal injury, and

- certain long-term secured debts.

---

---

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

---

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:
http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to:
http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

## United States Bankruptcy Court
### Middle District of Florida

In re   **Janet Leah Mahoney** _____   Case No. _____

_____ Debtor(s)   Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **January 18, 2024** _____   **/s/ Janet Leah Mahoney** _____

**Janet Leah Mahoney**
Signature of Debtor

Janet Leah Mahoney
7805 W MISS MAGGIE DR
Homosassa, FL 34448

ARETE REHABILITATION INC

CB/PEBBLES
PO BOX 182789
Columbus, OH 43218

Richard A. Perry
RICHARD A. PERRY P.A.
820 EAST FORT KING STREET
Ocala, FL 34471-2320

BAMBO
335 S 560 W
Lindon, UT 84042-1952

CHRYSLER CAPITAL
Attn: Bankruptcy Dept.
P.O. BOX 961278
Fort Worth, TX 76161-1278

ADP
ATTN: EVANGELINA PREBOT
1851 N RESLER DR
El Paso, TX 79912

BARCLAYS BANK DELAWARE
P.O. BOX 8803
Wilmington, DE 19899-8801

CLINICIENT EMR
111 SW 5TH AVE STE 700
Portland, OR 97204-3641

AFI MEDICAL
438 HIGH PLAIN ST
Walpole, MA 02081

BETHANY LASELLA
500 OCEAN AVE
APT 444
Revere, MA 02151

COASTAL COMMUNITY BANK
221 MAIN ST
San Francisco, CA 94105

AFLAC
1832 Wynnton Road
Columbus, GA 31999-0797

BOSTON MUTUAL
120 ROYALL ST
Canton, MA 02021-1028

COLONIAL GARDENS
105 CHERRY HILL DR
Beverly, MA 01915-1073

ALLY BANK
P.O. BOX 130424
Saint Paul, MN 55113-0004

BRESNAHAN STORAGE
155 PLAISTOW RD
Plaistow, NH 03865

COMCAST
141 NW 16TH ST
Pompano Beach, FL 33060

ALTUS
PO BOX 1557
Providence, RI 02901

BRETT THRASHER & JEREMY ROSS
1170 PEACHTREE ST NE,
SUITE 1925
Atlanta, GA 30309

COMMONWEALTH OF MA
ANDOVER SERV CTR
PO BOX 9016
Andover, MA 01810

AMANN BURNETT
757 CHESTNUT ST
Manchester, NH 03104

BRIDGE CAPITAL-NEWCO CAP
25 ROBERT PITT DR STE 204
Monsey, NY 10952-3366

CREDIT ONE BANK
PO BOX 98872
Las Vegas, NV 89193-8873

AMAZON PRIME
410 TERRT AVE N
Seattle, WA 98109

CAPITAL ONE
P.O. BOX 30285
Salt Lake City, UT 84130-0281

DATA SHREDDER
40 SCHOOL ST #2D
Framingham, MA 01701

DELTA BRIDGE FUNDING
400 RELLA BLVD # 165 - 01
Suffern, NY 10901

HEADWAY CAPITAL
175 W JACKSON BLVD STE 1000
Chicago, IL 60604

KAITLYN LITTLE
26 ARLINGTON ST
Amesbury, MA 01913

DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
P.O. BOX 830794
Birmingham, AL 35283-0794

IMAGE FIRST
10 INDUSTRIAL DR UNIT 6
Windham, NH 03087

MA DEPARTMENT OF REVENUE
PO BOX 7000
Boston, MA 02204

EIDL - SBA
409 3RD ST SW
Washington, DC 20416

INCORP
3773 HOWARD HUGHES PKWY
STE 500s
Las Vegas, NV 89169

MAGUIRE INSURANCE
ROGERS & GRAY
63 SMITHS LN
Kingston, MA 02364

FB&T/MERCURY
PO BOX 84064
Columbus, GA 31908

INDEPENDENCE BANK
1370 S COUNTY TRL
East Greenwich, RI 02818

MAHA, LLC
1 STILES RD STE 103
Salem, NH 03079

FEB DESTINY
PO BOX 4499
Beaverton, OR 97076

INTERNAL REVENUE SERVICE
P.O. BOX 7346
Philadelphia, PA 19101-7346

MAHA, LLC
CHARLES H BALANOFF
1 STILES RD STE 105
Salem, NH 03079

FIRST INSURANCE
PO BOX 700
Carol Stream, IL 60132

IOU FINANCIAL
600 Townpark Ln Suite 100
Kennesaw, GA 30144

MAINE DEPARTMENT OF LABOR
45 COMMERCE DR
Augusta, ME 04330

FLAGSTARBANK
5151 CORPORATE DRIVE
Troy, MI 48098

JOHN KOURY
81 HARTWELL AVE
SUITE 101
Lexington, MA 02421

MARLIN BANK
300 FELLOWSHIP DR
Mount Laurel, NJ 08054

FST PREMIER
3820 N LOUISE
Sioux Falls, SD 57107

JOSEPH BALDIGA
MIRICK O'CONNELL ATTYS ATLAW
1800 W PARK DR STE 400
Westborough, MA 01581

MASS. DEPT OF REVENUE
BANKRUPTCY UNIT
PO BOX 9564
Boston, MA 02114

HANOVER INSURANCE
440 LINCOLN ST
Worcester, MA 01653

JULIE CLARE
148 B ST
Dracut, MA 01826

ME DEPARTMENT OF REVENUE
PO BOX 1060
Augusta, ME 04332

MERRICK BANK
PO BOX 9201
Old Bethpage, NY 11804-9001

PA DEPARTMENTOF LABOR
651 BOAS ST
Harrisburg, PA 17121

SELECT PORTFOLIO SERVICING
BANKRUPTCY DEPT
PO BOX 65250
Salt Lake City, UT 84165-0025

MICHAEL R. HARRIMAN
ONE BEACON ST 15TH FLOOR
Boston, MA 02108

PAI
PO BOX 5250
De Pere, WI 54115

SHRINA SHAH
11 OVERLOOK RIDGE DR
Revere, MA 02151

NATIONAL DEBT RELIEF BETRLIN
222 BROADWAY FL 19
New York, NY 10038

PARK PLACE REALTY
23 STILES RD
Salem, NH 03079

SMALL BUSINESS ADMINISTRAT
409  3rd Street SW
Washington, DC 20416

NH DEPARTMENT OF LABOR
95 PLEASANT ST
Concord, NH 03301

PARKER, IBRAHIM, & BERG
2 OLIVER ST 4TH FLR
Boston, MA 02109

SPRINT
PO BOX 629023
El Dorado Hills, CA 95762

NH DEPARTMENT OF REVENUE
109 PLEASANT ST
Concord, NH 03301

PIRS CAPITAL LLC
40 EXCHANGE PL
New York, NY 10005

SQUARESPACE
8 CLARKSON ST #12
New York, NY 10014

OFFICE OF LABOR/WORKFORCE
1 ASHBURTON PL #2112
Boston, MA 02108

READY FRESH
BLUETRITON BRANDS #216
6661 DUXUE HWY STE 4
Louisville, KY 40258

STEVEN BERKOVITCH
BERKOVITCH & BOUSKILA PA
80 BROAD ST 3303
New York, NY 10004

ON DECK CAPITAL INC
1400 BROADWAT FL 25
New York, NY 10018

RELIAS LEARNING MANAGEMENT
1010 SYNC ST STE 100
Morrisville, NC 27560

STEVEN SHERER
340 CENTRAL DR
Lansdale, PA 19446

ORLANS PC
204 2ND AVE
SUITE 320
Waltham, MA 02451

SALEM CO-OPERTIVE BANK
3 S BROADWAY
Salem, NH 03079

SYNCH/AMZON
PO BOX 530958
Atlanta, GA 30353

PA DEPARTMENT OF REVENUE
STRAWBERRY SQUARE
Harrisburg, PA 17128

SBA
1441 L STREET NW
Washington, DC 20416

SYNCHRONY BANK
ATTN: BANKR DEPT
P.O. BOX 965060
Orlando, FL 32896-5060

T-Mobile
P. O. Box 742596
Cincinnati, OH 45274-2596

WORLD BUSINESS LENDERS
2141 Kirkwood Blvd #130
Southlake, TX 76092

TAYLOR MADE LENDING, LLC
1400 E OAKLAND PARK BLVD
STE 103
Fort Lauderdale, FL 33334

TBOM- MILESTONE
P.O. BOX 4477
Beaverton, OR 97076-4477

TNC STORAGE
65 WAMBOLD RD
Souderton, PA 18964

UNIQUE FUNDING SOLUTIONS LLC
71 S CENTRAL AVE
Valley Stream, NY 11580

UNITED HEALTH CARE
PO BOX 1459
Minneapolis, MN 55440

UNITED HEALTH CARE INSURANCE
PO BOX 31362
Salt Lake City, UT 84131

UPGRADE INC
275 BATTERY ST
22ND FLOOR
San Francisco, CA 94111

VSP
PO BOX 385018
Birmingham, AL 35238

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Janet Leah Mahoney** _____  Case No. _____

Debtor(s)  Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **0.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **0.00** |

2. $  **0.00**  of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January 18, 2024** _____        **/s/ Richard A. Perry** _____
_Date_                                              **Richard A. Perry 394520**
                                                    _Signature of Attorney_
                                                    **RICHARD A. PERRY P.A.**
                                                    **820 EAST FORT KING STREET**
                                                    **Ocala, FL 34471-2320**
                                                    **352-732-2299**
                                                    **richard@rapocala.com**
                                                    _Name of law firm_