UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  

JANET LEAH MAHONEY,

    Debtors..

Case 3:24-bk-00141-JAB
Chapter 11
Subchapter V

## CASE MANAGEMENT SUMMARY

Debtor, Janet Leah Mahoney, submits this Case Management Summary pursuant to Local Rule 2081-1(b).

### *Description of the Business Operated by Debtors*

1. Debtor owns two active entities, Orthotic Worx LLC, and Rehab 365, inc.

2. Orthotic Worx LLC is a single asset real estate holding company.

3. Rehab 365, inc is a company that the debtor operates which provides health care services.

### *Locations of the Debtor's Operations and Whether Leased or Owned*

4. The Single asset which Orthotic Worx LLC owns is a residential home located at 7805 W Miss Maggie Dr, Homossasa, FL.

5. Rehab 365 is a health care services business. The Debtor travels to see patients. The corporate office is located16623 W River Road Inglis, FL 34449. This location is owned.

### *Reasons for Filing Chapter 11*

6. Debtor felt compelled to file a Chapter 11 case due to judgements and debts associated with a previous company owned and operated by the Debtor and known as

Arete Rehabilitation Inc, as well as a pending real estate foreclosure case of a rental property.

***List of Officers, Directors and Insiders (Including Relatives of Insiders), If Applicable, Who Receive Salaries or Benefits from the Debtor and Their Respective Salaries or Benefits at the Time of Filing and During the One Year Prior to Filing.***

    7. Debtor is an individual and not an incorporated entity.

### Debtor's Annual Gross Revenues

    8. Debtor's current business, Rehab 365 opened for business in April of 2023. The Debtor has been unable to draw compensation from that entity, but projects being able to draw gross $5,000.00 a month starting in January of 2024.

    9. From Debtor's previous business, Arete Rehabilitation, they were able to draw compensation. This totaled to approximately $17,713.38.

    10. Debtor has survivors rights to her now deceased husband's pension benefits. In 2023, she received approximately $18,120.

    11. At the time of the petition, Debtor has not filed their 2022 IRS Form 1040, and is also unable to access her W-2. Debtor through their undersigned counsel, plans to file an application soon hereafter to employ an accountant to prepare her IRS Form 1040 2022 and IRS Form 1040 2023. These returns will be furnished to the United States Trustee within the next 90 days.

***Amounts Owed to Various Creditors, Including Current Year to Date and Prior Fiscal Year: (A) Priority Creditors Such as Governmental Creditors for Taxes, (B) Secured Creditors and Their Respective Collateral, and (C) Unsecured Creditors****.*

### Priority Claims

12. The Debtor is unaware of any priority claims.

### Secured Claims

13. Ally Bank is a secured creditor, which holds a lien on the 2020 Honda Passport that the Debtor jointly owns with their daughter. The balance owed is $38,904.00

14. Chrysler Capital is a secured creditor, which holds a lien on the 2020 Jeep Wrangler the debtor is the sole owner of. The balance owed is $13,069.85.

15. Flagstar Bank is a secured creditor, which holds the first mortgage on the property located at 26 Arlington Street, Amesbury Massachusetts, 01913. The balance owed is $174,000.

16. World Business Lender is a secured creditor, which holds the second mortgage on the property located at 26 Arlington Street, Amesbury Massachusetts, 01913. The balance owed is $541,877.19.

17. Merrick Bank is a secured creditor, which holds a lien on a 2019 Scarb Ghost 165 Boat. The balance owed is $25,900.11.

18. Select Portfolio Servicing is a secured creditor, which holds the mortgage on the property located at 16623 W River Road Inglis, FL 34449. The balance owed 534,225.73.

### Non Priority Unsecured Claims

19. The Debtor estimates $2,298,400.44 in non-priority unsecured claims.

### *General Description and Approximate Value*
### *Of the Debtor's Current and Fixed Assets;*

20. There is approximately $14,068 deposited in three accounts.

21. There is approximately $924,000.00 in real property and $342,000.00 in tangible personal property.

### *Number of Employees and*
### *Gross Amounts of Wages Owed as of Petition Date*

22. No wages are currently owed and Debtor is not an incorporated entity.

### *Status of the Debtor's Payroll and Sales Tax Obligation*

23. Debtor is current in payroll and sales tax obligations

### *Anticipated Emergency*
### *Relief to Be Requested Within the First 14 Days after the Petition Date*

24. Debtors do not anticipate seeking emergency relief within 14 days of the petition date.

### *Debtors Strategic Objectives*

25. Debtor will seek to convert the property of Orthotic Worx LLC into a rental property or sell it for the benefit of creditors.

26. Debtor plans to rent out the home located at 26 Arlington St, Amesbury Massachusetts, 01903, in addition to stripping down the second mortgage held by World Business Lenders.

27. Debtor will seek to cure the arrearage on the first mortgage held by Flag Staff Bank on the property located at 26 Arlington St, Amesbury Massachusetts, 01903, as well as the mortgage held by Select Portfolio Servicing on the property located at 16623

W River Road Inglis, FL 34449. This will be cured through the Chapter 11 subchapter V plan.

                                        RICHARD A. PERRY, P.A.
Law Practice

/s/ Richard A. Perry
RICHARD A. PERRY
Fla. Bar No. 394520
820 East Fort King Street
Ocala, Florida 34471-2320
(352)732-2299
richard@rapocala.com

Attorney for Debtor
Janet Leah Mahoney

## CERTIFICATE OF SERVICE

    Date of Service: January 25, 2024

    I CERTIFY that on the date of service, set forth above, a copy of the foregoing has been sent to all those listed on the attached mail matrix by U.S. mail except those who receive electronic notice using CM/ECF provided by the Clerk of the United States Bankruptcy Court for the Middle District of Florida.

/s/ Richard A. Perry
RICHARD A. PERRY
Fla. Bar No. 394520

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:24-bk-00141-JAB<br>Middle District of Florida<br>Jacksonville<br>Thu Jan 25 12:49:57 EST 2024 | Ally Bank, c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | ADP<br>ATTN: EVANGELINA PREBOT<br>1851 N RESLER DR<br>El Paso, TX 79912-8023 | AFI MEDICAL<br>438 HIGH PLAIN ST<br>Walpole, MA 02081-4263 |
| AFLAC<br>1832 Wynnton Road<br>Columbus, GA 31999-0797 | ALLY BANK<br>P.O. BOX 130424<br>Saint Paul, MN 55113-0004 | ALTUS<br>PO BOX 1557<br>Providence, RI 02901-1557 |
| AMANN BURNETT<br>757 CHESTNUT ST<br>Manchester, NH 03104-3011 | AMAZON PRIME<br>410 TERRT AVE N<br>Seattle, WA 98109-5210 | Ally Bank<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| BAMBO<br>335 S 560 W<br>Lindon, UT 84042-1952 | BARCLAYS BANK DELAWARE<br>P.O. BOX 8803<br>Wilmington, DE 19899-8803 | BETHANY LASELLA<br>500 OCEAN AVE<br>APT 444<br>Revere, MA 02151-1440 |
| BOSTON MUTUAL<br>120 ROYALL ST<br>Canton, MA 02021-1098 | BRESNAHAN STORAGE<br>155 PLAISTOW RD<br>Plaistow, NH 03865-2815 | BRETT THRASHER & JEREMY ROSS<br>1170 PEACHTREE ST NE,<br>SUITE 1925<br>Atlanta, GA 30309-7677 |
| BRIDGE CAPITAL-NEWCO CAP<br>25 ROBERT PITT DR STE 204<br>Monsey, NY 10952-3366 | CAPITAL ONE<br>P.O. BOX 30285<br>Salt Lake City, UT 84130-0285 | CB/PEBBLES<br>PO BOX 182789<br>Columbus, OH 43218-2789 |
| CHRYSLER CAPITAL<br>Attn: Bankruptcy Dept.<br>P.O. BOX 961278<br>Fort Worth, TX 76161-0278 | CLINICIENT EMR<br>111 SW 5TH AVE STE 700<br>Portland, OR 97204-3641 | COASTAL COMMUNITY BANK<br>221 MAIN ST<br>San Francisco, CA 94105-1906 |
| COLONIAL GARDENS<br>105 CHERRY HILL DR<br>Beverly, MA 01915-1080 | COMCAST<br>141 NW 16TH ST<br>Pompano Beach, FL 33060-5291 | COMMONWEALTH OF MA<br>ANDOVER SERV CTR<br>PO BOX 9016<br>Andover, MA 01810-0916 |
| CREDIT ONE BANK<br>PO BOX 98872<br>Las Vegas, NV 89193-8872 | Citrus County Tax Collector<br>210 N. Apopka Ave Ste 100<br>Inverness FL 34450-4298 | DATA SHREDDER<br>40 SCHOOL ST #2D<br>Framingham, MA 01701-7717 |

| | | |
|---|---|---|
| DELTA BRIDGE FUNDING<br>400 RELLA BLVD # 165 - 01<br>Suffern, NY 10901-8114 | (p)DEPARTMENT OF THE TREASURY BFS DMS<br>P O BOX 830794<br>BIRMINGHAM AL 35283-0794 | EIDL - SBA<br>409 3RD ST SW<br>Washington, DC 20416-0011 |
| FB&T/MERCURY<br>PO BOX 84064<br>Columbus, GA 31908-4064 | FEB DESTINY<br>PO BOX 4499<br>Beaverton, OR 97076-4499 | FIRST INSURANCE<br>PO BOX 700<br>Carol Stream, IL 60132-0700 |
| FLAGSTARBANK<br>5151 CORPORATE DRIVE<br>Troy, MI 48098-2639 | FST PREMIER<br>3820 N LOUISE<br>Sioux Falls, SD 57107-0145 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| HANOVER INSURANCE<br>440 LINCOLN ST<br>Worcester, MA 01653-0001 | (p)HEADWAY CAPITAL<br>175 W JACKSON BLVD SUITE 1000<br>CHICAGO IL 60604-2863 | IMAGE FIRST<br>10 INDUSTRIAL DR UNIT 6<br>Windham, NH 03087-2018 |
| INCORP<br>3773 HOWARD HUGHES PKWY<br>STE 500s<br>Las Vegas, NV 89169-6014 | INDEPENDENCE BANK<br>1370 S COUNTY TRL<br>East Greenwich, RI 02818-1625 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>Philadelphia, PA 19101-7346 |
| (p)IOU FINANCIAL  INC<br>600 TOWNPARK LN<br>100<br>KENNESAW GA 30144-3736 | JOHN KOURY<br>81 HARTWELL AVE<br>SUITE 101<br>Lexington, MA 02421-3160 | JOSEPH BALDIGA<br>MIRICK O'CONNELL ATTYS ATLAW<br>1800 W PARK DR STE 400<br>Westborough, MA 01581-3960 |
| JULIE CLARE<br>148 B ST<br>Dracut, MA 01826-2154 | KAITLYN LITTLE<br>26 ARLINGTON ST<br>Amesbury, MA 01913-1738 | MA DEPARTMENT OF REVENUE<br>PO BOX 7000<br>Boston, MA 02204-7000 |
| MAGUIRE INSURANCE<br>ROGERS & GRAY<br>63 SMITHS LN<br>Kingston, MA 02364-3008 | MAHA, LLC<br>1 STILES RD STE 103<br>Salem, NH 03079-4863 | MAHA, LLC<br>CHARLES H BALANOFF<br>1 STILES RD STE 105<br>Salem, NH 03079-4863 |
| MAINE DEPARTMENT OF LABOR<br>45 COMMERCE DR<br>Augusta, ME 04330-7889 | MARLIN BANK<br>300 FELLOWSHIP DR<br>Mount Laurel, NJ 08054-1727 | MASS. DEPT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 9564<br>Boston, MA 02114-9564 |
| ME DEPARTMENT OF REVENUE<br>PO BOX 1060<br>Augusta, ME 04332-1060 | MERRICK BANK<br>PO BOX 9201<br>Old Bethpage, NY 11804-9001 | MICHAEL R. HARRIMAN<br>ONE BEACON ST 15TH FLOOR<br>Boston, MA 02108-3107 |

```
NATIONAL DEBT RELIEF BETRLIN        NH DEPARTMENT OF LABOR              NH DEPARTMENT OF REVENUE
222 BROADWAY FL 19                  95 PLEASANT ST                      109 PLEASANT ST
New York, NY 10038-2550             Concord, NH 03301-3836              Concord, NH 03301-3852


OFFICE OF LABOR/WORKFORCE           ON DECK CAPITAL INC                 ORLANS PC
1 ASHBURTON PL #2112                1400 BROADWAT FL 25                 204 2ND AVE
Boston, MA 02108-1518               New York, NY 10018-5225             SUITE 320
                                                                        Waltham, MA 02451-1126


PA DEPARTMENT OF REVENUE            PA DEPARTMENTOF LABOR               PAI
STRAWBERRY SQUARE                   651 BOAS ST                         PO BOX 5250
Harrisburg, PA 17128-0001           Harrisburg, PA 17121-0725           De Pere, WI 54115-5250


PARK PLACE REALTY                   PARKER, IBRAHIM, & BERG             PIRS CAPITAL LLC
23 STILES RD                        2 OLIVER ST 4TH FLR                 40 EXCHANCE PL
Salem, NH 03079-2846                Boston, MA 02109-4916               New York, NY 10005-2760


READY FRESH                         RELIAS LEARNING MANAGEMENT          SALEM CO-OPERTIVE BANK
BLUETRITON BRANDS #216              1010 SYNC ST STE 100                3 S BROADWAY
6661 DUXUE HWY STE 4                Morrisville, NC 27560-5473          Salem, NH 03079-3033
Louisville, KY 40258


SBA                                 SELECT PORTFOLIO SERVICING          SHRINA SHAH
1441 L STREET NW                    BANKRUPTCY DEPT                     11 OVERLOOK RIDGE DR
Washington, DC 20416-0001           PO BOX 65250                        Revere, MA 02151-1123
                                    Salt Lake City, UT 84165-0250


SMALL BUSINESS ADMINISTRATIO        (p)SPRINT                           SQUARESPACE
409  3rd Street SW                  C O AMERICAN INFOSOURCE             8 CLARKSON ST #12
Washington, DC 20416-0002           4515 N SANTA FE AVE                 New York, NY 10014-4301
                                    OKLAHOMA CITY OK 73118-7901


STEVEN BERKOVITCH                   STEVEN SHERER                       SYNCH/AMZON
BERKOVITCH & BOUSKILA PA            340 CENTRAL DR                      PO BOX 530958
80 BROAD ST 3303                    Lansdale, PA 19446-4205             Atlanta, GA 30353-0958
New York, NY 10004-2845


SYNCHRONY BANK                      Secretary of the Treasury           (p)T MOBILE
ATTN: BANKR DEPT                    15th & Pennsylvania Ave., NW        C O AMERICAN INFOSOURCE LP
P.O. BOX 965060                     Washington, DC 20220-0001           4515 N SANTA FE AVE
Orlando, FL 32896-5060                                                  OKLAHOMA CITY OK 73118-7901


TAYLOR MADE LENDING, LLC            TBOM- MILESTONE                     TNC STORAGE
1400 E OAKLAND PARK BLVD            P.O. BOX 4477                       65 WAMBOLD RD
STE 103                             Beaverton, OR 97076-4401            Souderton, PA 18964-2716
Fort Lauderdale, FL 33334-4400
```

| | | |
|---|---|---|
| U.S. Securities & Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, N.E.<br>Suite 900<br>Atlanta, GA 30326-1382 | UNIQUE FUNDING SOLUTIONS LLC<br>71 S CENTRAL AVE<br>Valley Stream, NY 11580-5495 | UNITED HEALTH CARE<br>PO BOX 1459<br>Minneapolis, MN 55440-1459 |
| UNITED HEALTH CARE INSURANCE<br>PO BOX 31362<br>Salt Lake City, UT 84131-0362 | (p)UPGRADE INC<br>2 N CENTRAL AVE<br>10TH FLOOR<br>PHOENIX AZ 85004-2322 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 |
| United States Trustee - JAX 11<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | VSP<br>PO BOX 385018<br>Birmingham, AL 35238-5018 | WORLD BUSINESS LENDERS<br>2141 Kirkwood Blvd #130<br>Southlake, TX 76092-1464 |
| Janet Leah Mahoney<br>7805 W MISS MAGGIE DR<br>Homosassa, FL 34448-5415 | L. Todd Budgen<br>Budgen Law<br>Post Office Box 520546<br>Longwood, FL 32752-0546 | Richard A. Perry<br>Richard A. Perry, P.A.<br>820 East Fort King Street<br>Ocala, FL 34471-2320 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| DEPARTMENT OF THE TREASURY<br>BUREAU OF THE FISCAL SERVICE<br>P.O. BOX 830794<br>Birmingham, AL 35283-0794 | HEADWAY CAPITAL<br>175 W JACKSON BLVD STE 1000<br>Chicago, IL 60604 | IOU FINANCIAL<br>600 Townpark Ln Suite 100<br>Kennesaw, GA 30144 |
| SPRINT<br>PO BOX 629023<br>El Dorado Hills, CA 95762 | T-Mobile<br>P. O. Box 742596<br>Cincinnati, OH 45274-2596 | UPGRADE INC<br>275 BATTERY ST<br>22ND FLOOR<br>San Francisco, CA 94111 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)ARETE REHABILITATION INC | (d)Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | End of Label Matrix<br>Mailable recipients   101<br>Bypassed recipients     2<br>Total                  103 |